Adam M. Tschop (SBN 209767)
adam.tschop@lifetech.com
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA  92008
Telephone:   (760) 603-7200
Facsimile:    (760) 476-6048

Dianne B. Elderkin
Steven D. Maslowski
Angela Verrecchio
Jason Weil
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market St., Suite 4100
Philadelphia, PA  19103
Telephone:   (215) 965-1200
Facsimile:    (215) 965-1210

Attorneys for Defendant
LIFE TECHNOLOGIES CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNISONE STRATEGIC IP, INC., <br><br>            Plaintiff, <br><br>       v. <br><br>LIFE TECHNOLOGIES CORPORATION; LELAND STANFORD JUNIOR UNIVERSITY; UNIVERSITY OF CALIFORNIA AT LOS ANGELES; UNIVERSITY OF CALIFORNIA AT SAN DIEGO; UNIVERSITY OF SAN DIEGO; SAN DIEGO STATE UNIVERSITY; HARVARD UNIVERSITY; PENNSYLVANIA STATE UNIVERSITY; NOVARTIS CORPORATION; And DOES 1 through 300, inclusive, <br><br>            Defendants. | Case No. 3:13-CV-01278-GPC-LL <br><br> LIFE TECHNOLOGIES' MAY 1, 2019 STATUS REPORT ON CBM REVIEW NO. CBM2016-00025 |

On April 8, 2015, the Court granted Defendant Life Technologies Corporation's ("Life") motion to stay this case pending the outcome of covered business method ("CBM") review of certain claims in Plaintiff Unisone Strategic IP, Inc.'s ("Unisone") U.S. Patent No. 6,996,538 ("the '538 Patent") before the Patent Trial and Appeal Board ("Board") (D.I. 60).  This monthly status report is submitted pursuant to the Court's instructions in its April 8 Order (*id.* at 4).

On June 28, 2016, the Board issued a Final Written Decision finding **invalid** all of the challenged claims of the '538 Patent (claims 52, 62, 67, 70-76, 81, 83-85, and 96).  *Life Techs. Corp. v. Unisone Strategic IP*, No. CBM2015-00037 (P.T.A.B. June 28, 2016) (Paper No. 37).  More specifically, the Board determined all challenged claims "are unpatentable under 35 U.S.C. § 101 as being directed to non-statutory subject matter." *Id.* at 3.  On November 18, 2016, the Board denied Unisone's request for rehearing.  *Life Techs. Corp. v. Unisone Strategic IP*, No. CBM2015-00037 (P.T.A.B. November 18, 2016) (Paper No. 39).  Unisone did not appeal the Board's decision in CBM2015-00037 and, pursuant to 35 U.S.C. § 318(b), the Director will publish a certificate cancelling those claims.

On December 30, 2015, Life filed a second CBM petition challenging whether additional claims of the '538 Patent (claims 1, 14, 19, 22-28, 32, 34-36, and 45) are directed to patentable subject matter under 35 U.S.C. § 101.  The Board instituted review of all challenged claims and on June 23, 2017, concluded they were **invalid** for the same reasons stated in CBM2015-00037.  *See Life Techs. Corp. v. Unisone Strategic IP*, No. CBM2016-00025 at 23 (P.T.A.B. June 23, 2017) (Paper No. 24).  On August 24, 2017, Unisone filed a Notice of Appeal appealing the Board's Final Written Decision to the Federal Circuit.  *See Life Techs. Corp. v. Unisone Strategic IP*, *Inc.*, No. CBM2016-00025 (P.T.A.B. June 23, 2017) (Paper No. 25).  On December 10, 2018, the Federal Circuit affirmed the Board's Final Written Decision, without opinion, pursuant to Federal Circuit Rule

36. *See Unisone Strategic IP, Inc. v. Life Technologies Corporation*, No. 17-2471 (Fed. Cir. Dec. 10, 2018). Unisone did not petition for panel rehearing or rehearing en banc before the Federal Circuit and did not petition the Supreme Court for a writ of certiorari.

As a result of the CBM proceedings, all of the independent claims of the '538 Patent, as well as the twenty-four (24) challenged dependent claims, were held unpatentable under 35 U.S.C. § 101 as being directed to non-statutory subject matter. The remaining claims of the '538 Patent are directed to that same subject matter and suffer from the same defect as the challenged claims.

Counsel for Life reached out to Unisone's counsel of record in this proceeding on March 15, 2019 and March 26, 2019, to discuss whether there is any basis for this case to proceed in light of the result in the CBM proceedings, but has yet to receive a response from Unisone's counsel.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: May 1, 2019 | By  /s/ Steven D. Maslowski |
| | Dianne B. Elderkin |
| | Steven D. Maslowski |
| | Angela Verrecchio |
| | Jason Weil |
| | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | Two Commerce Square |
| | 2001 Market St., Suite 4100 |
| | Philadelphia, PA  19103 |
| | Telephone:      (215) 965-1200 |
| | Facsimile:       (215) 965-1210 |
| | |
| | Adam M. Tschop |
| | LIFE TECHNOLOGIES CORPORATION |
| | 5791 Van Allen Way |
| | Carlsbad, CA  92008 |
| | Telephone:      (760) 603-7200 |
| | Facsimile:       (760) 476-6048 |
| | |
| | Attorneys for Defendant |
| | Life Technologies Corporation |

# PROOF OF SERVICE

I hereby certify that on May 1, 2019, I electronically filed the following document(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

**LIFE TECHNOLOGIES' MAY 1, 2019 STATUS REPORT ON CBM REVIEW NO. CBM2016-00025**

The individuals listed below are "active" registered CM/ECF users in this case, and will be served by the CM/ECF system:

EDWARD G. POPLAWSKI (SBN 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (SBN 228382)
okim@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth St., Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

CHRISTOPHER D. MAYS (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Rd.
Palo Alto, CA 94304-1050
Telephone:  (650) 849-3088
Facsimile:  (650) 493-6811

Attorneys for Plaintiff,
UNISONE STRATEGIC IP, INC.


Dated: May 1, 2019                LIFE TECHNOLOGIES CORPORATION


                                  By:   /s/ Steven D. Maslowski
                                        Steven D. Maslowski