ANTON HANDAL (Bar No. 113812)
Tony.Handal@gmlaw.com
GABRIEL HEDRICK (Bar No. 220649)
Gabriel.Hedrick@gmlaw.com
TODD LANGFORD (Bar No. 254517)
Todd.Lanford@gmlaw.com
GREENSPOON MARDER LLP
401 West A Street, Suite 1150
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff Unisone Strategic IP, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNISONE STRATEGIC IP, INC.<br><br>Plaintiff,<br><br>v.<br><br><br>LIFE TECHNOLOGIES CORPORATION; and THERMO FISHER SCIENTIFIC as Successor by Acquisition<br><br><br>Defendants. | Case No. 3:12-CV-1278-GMC-JMA<br><br>**SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Unisone Strategic IP, INC ("Unisone" or "Plaintiff"), by and through its undersigned counsel, complains and alleges against Defendant Life Technologies Corporation (hereafter referred to as "Life Tech") and Thermo Fisher Scientific its successor by acquisition (hereafter "Thermo") (hereafter, at times cumulatively referred to as "Defendant") as follows:

**GREENSPOON MARDER LLP**
401 WEST A STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*SECOND AMENDED COMPLAINT*                    -1-

## NATURE OF THE ACTION

1.     This is a civil action for infringement of a patent arising under the laws of the United States relating to patents, 35 U.S.C. § 101, *et seq.*, including, without limitation, 35 U.S.C. §§ 271, 281.  Plaintiff seeks a preliminary and permanent injunction and monetary damages for patent infringement.

## JURISDICTION AND VENUE

2.     This court has subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §§ 1331 and 1338(a) and pursuant to the patent laws of the United States of America, 35 U.S.C. § 101, *et seq.*

3.     Venue properly lies within the Southern District of California pursuant to the provisions of 1400(b).  On information and belief, Defendant resides within the District and conducts substantial business directly and/or through third parties or agents in this judicial district by selling and/or offering to sell the infringing products and has a regular and established place of business.  Furthermore, Plaintiff has been harmed by Defendant's conduct, business transactions and sales in this district.

4.     This Court has personal jurisdiction over Defendant because, on information and belief, Defendant transacts continuous and systematic business within the State of California and the Southern District of California.  In addition, this Court has personal jurisdiction over the Defendant because, on information and belief, Defendant resides within this judicial District through a pattern of substantive and significant business.

5.     This lawsuit arises out of Defendant's infringing activities, including, without limitation, the making, using, selling and/or offering to sell infringing products in the State of California and the Southern District of California.  Finally, this Court has personal jurisdiction over Defendant because, on information and belief, Defendant has made, used, sold and/or offered for sale its infringing products and placed such infringing products in the stream of interstate commerce

*GREENSPOON MARDER LLP*
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*SECOND AMENDED COMPLAINT*                    -2-

with the expectation that such infringing products would be made, used, sold and/or offered for sale within the State of California and the Southern District of California.

## PARTIES

6.     Plaintiff is a Delaware corporation with its headquarters and principal place of business in Del Mar, San Diego, California.

7.     Upon information and belief, Defendant Life Tech (formerly Invitrogen and Applied Biosystems) is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 5791 Van Allen Way, Carlsbad, California 92008.

8.     Life Tech was acquired by Defendant Thermo Fisher Scientific ("Thermo Fisher") based in Waltham, Massachusetts in 2012. Thermo Fisher, however, is the successor by acquisition of Life Tech's business, assets and property.  Thermo Fisher continues to operate and conduct Life Tech's business and infringing activities in Carlsbad California and is named herein in that capacity. Thermo Fisher and Life Tech will be referred to herein as "Defendant" unless otherwise indicated.

## THE ACCUSED PRODUCTS

9.     The accused products for purposes of the asserted patents include but are not limited to an inventory and fulfilment a Supply Center Management Software ("SCMS") system.

10.     The SCMS provides a web-based interface for product search, selection, and checkout. A Supply Center is a secure inventory storage unit (usually, if not always, refrigerated) located onsite at the premises of a Defendant's customer to enable authorized users to access products supplied by the Defendants as they need them, quickly and efficiently. It also provides automated management

GREENSPOON MARDER LLP
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*SECOND AMENDED COMPLAINT*                    -3-

of on-site inventories and includes reporting features for cost center accounting[1].

11.   The SCMS comes in different configurations and is typically configured with a refrigerator that allows for the storage of inventory at a client's location. A typical client would be a life science research lab at a university or biopharma company. For the researcher the SCMS is a device, system and process that allows for easy product selection and checkout (*Id*.). For clients the SCMS is a device, system and process that allows administrators to efficiently manage inventory and track orders (*Id*.).

12.   The Defendant's Premier Supply Center, shown below in Figure 1, features: 1) the ability to secure, consigned stock; 2) automated restocking; 3) touch screen user interface; 4) customized payment options; and 5) mobile device functionality.



Figure 2: Premier Supply Center





Figure 2: Express Supply Center

---

[1] https://www.thermofisher.com/us/en/home/products-and-services/supply-center/supply-center-management-system.html

*GREENSPOON MARDER LLP*
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*SECOND AMENDED COMPLAINT*                -4-

13.     The Defendant's Express Supply Center, shown above in Figure 2 features: 1) a locking mechanism; 2) semi-automatic stocking; 3) touch screen interface; 4) B2B enabled; 5) mobile device functionality.

14.     The SCMS provides real-time tracking, automatic ordering and replenishment, cost and profit accounting, and manages inventory between Defendant's customers and suppliers.

15.     Plaintiff is informed and believes that authorized users may swipe-in with an access badge, or via other means of identification to take what they need and walk away. The SCMS Supply Center knows what products were removed and sends an order confirmation for each transaction. Having easy access to consumables such as media, enzymes, reagents, etc., enables clinicians, for example, to speed turnaround times, providing key laboratory tests to physicians faster, for better patient care.

16.     By way of example, information about and demonstration videos showing how to use the SCMS Supply Centers are posted by Defendant on private website(s), and/or other public websites.

17.     Further, the Defendant provides operating manuals, user guides, instructional/informational videos on its website(s) that instruct customers and end-users on how to acquire the Defendant's SCMS Supply Center, and set it up in conjunction with the Defendant's servers.

18.     Among other things, the Defendant provides informational materials that lay out, in step-by-step instructions, how to set up an apparatus or system that infringes the asserted claims of the asserted patents.

19.     Life Tech's customers, including the universities and companies (hereafter "customers") that own and operate research laboratories with onsite Supply Centers, which comprise computerized refrigeration units. In many cases, Life Tech installs the computerized refrigeration units for universities and

*GREENSPOON MARDER LLP*
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

customers. The products and supplies in the refrigeration units are labeled with bar codes or radio frequency identification ("RFID") tags, with Defendant's direction, knowledge and assistance that identify customer inventory information and restocking parameters for the products stored in the units. Authorized users open and access the refrigeration units using authorized access cards and/or login credentials. When products or supplies reach or fall below predetermined levels, an automatic reordering feature places an order to replenish the products. Life Tech's SCMS and Supply Centers detect inventory and provide and enable seamless reordering and inventory replenishment functionality as inventory is removed and consumed.

20.     Plaintiff believes and thereupon alleges that Defendant is aware that its customers and end-users are using the accused products in an infringing manner based on, among other things: 1) the discussions, questions, answers, and/or comments posted on its websites, and/other other public websites where Defendant's authorized agents, customers and/or end-users discuss and disclose the use of the accused products, a process which Defendant knows infringes upon patent; and/or, 2) the fact that Defendant encourages its customers and end-users to use the accused products in an infringing manner as set forth herein including but not limited to offering every purchaser of a Defendant a free trial subscription to its cloud-based services.

## THE ASSERTED PATENT

21.     On February 7, 2006, the United States Patent & Trademark Office ("PTO") duly and lawfully issued U.S. Patent No. 6,996,538, entitled "Inventory Control System and Methods" ("the '538 patent" or "patent in suit"). Unisone is the sole owner by assignment of the '538 patent, a copy of which is attached hereto as Exhibit A.

///

///

GREENSPOON MARDER LLP
401 WEST A STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*SECOND AMENDED COMPLAINT*                    -6-

<u>**COUNT ONE**</u>

**DIRECT INFRINGEMENT OF THE '538 PATENT**

**(Infringement of U.S. Patent No. 6,996,538)**

22.    Plaintiff re-alleges and incorporates by reference each of the allegations set forth in paragraphs 1 through 21 above.

23.    Unisone is informed and believes that infringement as alleged herein is willful because Life Tech and Thermo Fisher have had knowledge of the '538 at least since the filing of the original complaint in this action on June 3, 2013, yet neither Life Tech nor Thermo Fisher have desisted from making, selling and offering for sale the SCMS Supply Center, nor have they altered or modified the SCMS product offering in any way so as to avoid infringement.

24.    The accused products, alone or in combination with other products, directly in violation of es35 U.S.C. 271(a) or alternatively under the doctrine of equivalents practice each of the limitations of dependent claims 4, 6, 8, 9, 10, 11, 12, 15, 16, 17, 18, 21, 29, 30, 31, 39, 40, 42, 43, 46, 49, 57, 58, 60, 63, 66, 69, 77, 78, 86, 93 and 94 of the '538 as more fully set forth below.[2] [3]

25.    Plaintiff is informed and believes, from information publicly available, that Defendant's SCMS includes a computer with one or more SQL database(s) that store various data including the number and types the items of inventory located at a customer's location as taught by independent claims 1, 19, 32, 52, 67, and 81 as further described below.  In particular the literature about the SCMS suggests omni-channel integration, which indicates interconnected network (or storage) accordingly through the Defendant's advertised "[c]ustomized web view and check-out"; "B2B enabled"; "Mobile friendly"; "automatic stocking"[4].

---

[2] https://www.youtube.com/watch?v=fpZVoOLJkic
[3] https://www.thermofisher.com/us/en/home/products-and-services/supply-center/support/premier-support.html
[4] https://www.thermofisher.com/us/en/home/products-and-services/supply-center/supply-center-options.html?icid=WB42347

**GREENSPOON MARDER LLP**
401 WEST A STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

26.    Plaintiff is informed and believes that the Defendant uses computers located at its own offices running proprietary and non-proprietary software that may include a third-party ERP based on the fact that it is web-based. The databases residing on such computers store information including but not limited to the cost of products, the identities of manufacturer, distributor or supplier of products, product codes or identifiers and the location and number of products at multiple locations as taught by independent claims 1, 19, 32, 52, 67, and 81.  Evidence thereof is available on the Defendant's website[5] which provides that when submitting an order, the client will have access to a catalogue of products offered with associated cost information and product availability as shown in Figure 3 below

27.    As described above, the SCMS also allows for the setting of inventory restocking thresholds that are designed by the customer through a Supply Center Administrator Portal wherein a customer can set parameters for product replenishment and restocking as taught by independent claims 1, 19, 32, 52, 67, and 81.   The SCMS also provides automated management of on-site inventories, including reporting features for cost center accounting (*Id.*)

28.    When customers use the Defendant's SCMS they are provided with client software that resides on the client's computers that interfaces with the Defendant's servers and databases. Through the client software, a customer is able to set up users, permissions, and roles to their own personnel as taught by independent claims 1, 19, 32, 52, 67, and 81. User permissions include but are not limited to RFID, password identification, QR/Bar Code.[6]

29.    Client software also evaluates the status of inventory and applies the

---

[5] https://www.thermofisher.com/us/en/home/products-and-services/supply-center/support.html
[6] https://supplychain.ucsf.edu/sites/supplychain.ucsf.edu/files/wysiwyg/LifeTech%20SC%20guidelines%20Links%202.pdf

GREENSPOON MARDER LLP
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*SECOND AMENDED COMPLAINT*                    -8-

aforementioned restocking parameters to among other things track and record the number of items of inventory removed by authorized persons at the customer's location and manufacturer, supplier, or distributor's location, and report such information to the SCMS servers or ERP system as taught by independent claims 1, 19, 32, 52, 67, and 81.

30.     An RFID is used to access the Supply Center, which contains registered inventory. The RFID used to access the Supply Center and inventory removed therefrom is associated with RFID. Per the parameters set up by a customer, the SCMS evaluates the levels of inventory against restocking parameters and when the parameters require, the SCMS initiates product orders and tracks the inventory throughout the process as taught by independent claims 1, 19, 32, 52, 67, and 81.

31.     Plaintiff is informed and believes that Defendant directly in violation of 35 U.S.C. 271(a) or alternatively under the doctrine of equivalents infringes dependent claims 4 and 55 of the '538 patent by providing automated stocking to monitor and generate orders to cover shortages.[7]

32.     Plaintiff is informed and believes that Defendant directly in violation of 35 U.S.C. 271(a) or alternatively under the doctrine of equivalents infringes dependent claims 6, 7, 57, and 58 of the '538 patent by providing that the software updates described above occur in real time.

33.     Plaintiff is informed and believes that Defendant directly in violation of 35 U.S.C. 271(a) or alternatively under the doctrine of equivalents infringes dependent claim 8 of the '538 patent by providing information on inventory is collected and stored for multiple customers where inventory restocking parameters are collected and stored for each one.[8] [9]

---

[7] http://uic.umn.edu/content/thermofisher-scientific-supply-center
[8] https://www.thermofisher.com/us/en/home/products-and-services/supply-center/supply-center-options.html

GREENSPOON MARDER LLP
401 WEST A STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*SECOND AMENDED COMPLAINT*                    -9-

34.    Plaintiff is informed and believes that Defendant directly or alternatively under the doctrine of equivalents infringes dependent infringe claims 9, 10 and 46 of the '583 patent in violation of 35 U.S.C. § 271(a) by providing that each said inventory item is detected through the use of an RFID tag that is read with one or more RFID reader or other electronic device.  Plaintiff is further informed and believes that claim 11 of the '583 patent is directly infringed in violation of 35 U.S.C. § 271(a) when the SCMS includes and uses an electronic portal device to identify the movement of inventory items from and to storage.[10]

35.    Plaintiff is informed and believes that Defendant directly or alternatively under the doctrine of equivalents infringes claim 12 of the '583 patent in violation of 35 U.S.C. § 271(a) by providing software that permits the registration, removal and modification of data related to individual users of the SCMS.

36.    Plaintiff is informed and believes that Defendant directly or alternatively under the doctrine of equivalents infringes claims 15, 16 and 17 of the '583 patent in violation of 35 U.S.C. § 271(a) by providing for users of the SCMS persons to be identified by means of an optical reader such as a barcode reading device (claim 15), a wireless device such as an RFIC or NFC integrated card key (claim 16), or via a biometric identification device (retinal or fingerprint as disclosed in claim 17).

37.    Plaintiff is therefore informed and believes that the SCMS teaches a method of inventory management that collects and stores data on databases located in Defendant's own facilities and also at client locations concerning product information and cost as taught by independent claim 19 of the '583 patent.  Such method comprises the use of databases utilized by software that contains customer

---

[9] http://uic.umn.edu/content/thermofisher-scientific-supply-center
[10] https://www.coreinformatics.com/industries-supported-by-the-core-lims/manufacturing-lims/

*GREENSPOON MARDER LLP*
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*SECOND AMENDED COMPLAINT*                -10-

inventory information that includes cost and source thereof. The SCMS also maintains and evaluates inventory information for customers that includes cost information from a plurality of product sources so as to automatically order product for customers from sources that best meets the customer's restocking parameters. Once ordered, the SCMS tracks delivery of products to a customer and updates inventory status as further taught by claim 19 of the '583 patent.

38. Plaintiff is informed and believes that Defendant directly or alternatively under the doctrine of equivalents infringes claims 11, 29, 30 and 31 of the '583 patent in violation of 35 U.S.C. § 271(a) since in some cases, inventory is tracked by a RFID tag (claim 29) that is read with a hand held or electronic portal device (claim 30) to record the restocking or removal of inventory from stock. The Plaintiff is further informed and believes that the SCMS also uses software located at the customer's location to automatically, through for example the use of barcodes or RFID tags to identify products being added or removed from inventory (claim 31).[11] [12] [13] [14]

39. Plaintiff is informed and believes that Defendant directly or alternatively under the doctrine of equivalents infringes claims 15, 39, 49, 63, 78 and 88 of the '583 patent in violation of 35 U.S.C. § 271(a) by providing, at a minimum, a scan badge functionality to identify a person with authorized access to the SCMS Supply Center. [15]

40. Plaintiff is informed and believes that Defendant directly or

---

[11] https://www.thermofisher.com/us/en/home/industrial/chromatography/ion-chromatography-ic/ic-consumables/consumables-device-monitor.html
[12] https://www.thermofisher.com/order/catalog/product/CHROMELEON7
[13] https://www.thermofisher.com/order/catalog/product/INF-110000
[14] https://www.thermofisher.com/content/dam/LifeTech/global/supply-center-assets/pdfs/Express-QRG.pdf
[15] https://www.thermofisher.com/content/dam/LifeTech/global/supply-center-assets/pdfs/Express-QRG.pdf

GREENSPOON MARDER LLP
401 WEST A STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*SECOND AMENDED COMPLAINT* -11-

alternatively under the doctrine of equivalents infringes claims 18, 31, 66, and 77 of the '583 patent in violation of 35 U.S.C. § 271(a) by providing, in the SCMS Supply Center the features of a paperless lab by integrating the laboratory with the enterprise to automate systems automate processes and reduce inefficiencies and errors.[16]

41.     Plaintiff is informed and believes that, just a taught by independent claim 32 of the '583 patent, the SCMS is a computer program that runs on the Defendant's servers manages a customer's inventory by accessing database information related to the products in a customer's inventory, which includes product cost provided by a supplier or manufacturer. It also includes customer restocking parameters and evaluates inventory cost for a number of suppliers or manufacturers in light of the customer's restocking parameters. When certain parameters are met, the SCMS automatically orders inventory to restock the customer and the additions or deletions of inventory at a customer's location is tracked through the use of RFID tags with changes in inventory recorded and balances updated.

42.     Plaintiff is informed and believes that Defendant directly or alternatively under the doctrine of equivalents infringes claims 39 and 40 of the '583 patent in violation of 35 U.S.C. § 271(a) since the SCMS determines changes in inventory levels in databases that are only available to certain users with permissions or predetermined roles as taught by claims 39 and 40 of the '583 patent.  The Defendant's SCMS also allows for access control to be maintained through an assignment of a bar code (claim 39) or via a wireless scanning device (claim 40) to identify authorized users as taught by claims 39 and 40 of the '583 patent.

---

[16] https://assets.thermofisher.com/TFS-Assets/CMD/Product-Bulletins/tib-80004-lims-integration-manager-software-tib80004-en.pdf

*GREENSPOON MARDER LLP*
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*SECOND AMENDED COMPLAINT*                    -12-

43.   Plaintiff is informed and believes that Defendant directly or alternatively under the doctrine of equivalents infringes claims 42 of the '583 patent in violation of 35 U.S.C. § 271(a) because the SCMS's home system communicates with client systems to restrict access or set permissions of individual or groups as taught by claim 42 of the '583 patent.   Also, the SCMS provides program instructions for performing the aforementioned administrative functions.

44.   Plaintiff is informed and believes that Defendant directly or alternatively under the doctrine of equivalents infringes claims 46 of the '583 patent in violation of 35 U.S.C. § 271(a) by further providing programing allowing for RFID detection of each inventory item through the use of tags and readers.

45.   The SCMS software in the Defendant's data center communicates with client systems, so that individuals may be grouped and permissions for restricted access set by group using a standard security model with group-based permissions for login.

46.   Plaintiff is informed and believes that Defendant directly or alternatively under the doctrine of equivalents infringe claim 56 of the '583 patent in violation of 35 U.S.C. § 271(a) by providing clients the ability to order new inventory items on demand through the SCMS administration portal. The SCMS also directly or alternatively under the doctrine of equivalents infringes claim 60 of the '583 patent since it allows for the registration and removal of users and the ability to modify information concerning individual users through the administration portal.

47.   Plaintiff is informed and believes that the SCMS practices a method for inventory management, which includes the ability to collect and store data in one or more databases.   In particular, the SCMS includes a computer system with software, and stores data in at least one SQL database.   The SCMS also stores the number of items at a customer location since a principal purpose of the SCMS is to know how many items are at a customer's location.   Likewise, the SCMS also

GREENSPOON MARDER LLP
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*SECOND AMENDED COMPLAINT*                    -13-

stores the number of items at a manufacturer, supplier, and distributor's location since a principal purpose of the SCMS is to know how many items are available at a manufacturer, supplier, or distributor's location for transfer to the customer's location.

48.    The SCMS also stores data on inventory cost for a plurality of manufacturers, suppliers or distributors as well as client provided restocking parameters.  In particular, the SCMS stores this kind of information for items it has under consignment.   For non-consignment items, this data may be stored in Defendant's Oracle's ERP system.  Based on a client's restocking parameters the SCMS evaluates restocking needs and places orders for products according to them. After a restocking order is placed, the SCMS tracks the inventory item as inventory items are added to, restocked or removed from inventories.

49.    The SCMS is able to and does access and update databases via a Microsoft SQL interface and provides a client an admin portal through which end user's and administrators are able to access information regarding supplies and orders, based on access which may be restricted.

50.    The SCMS software in the data center communicates allowing the client's system where customers, manufacturers, suppliers or distributors may be grouped and where permissions or roles assigned thereto.

51.    Accordingly, Plaintiff is informed and believes that the SCMS directly or alternatively under the doctrine of equivalents infringe claims 21, 69 and 86 of the '583 patent when reordering of inventory occurs based upon the restocking parameters set by a client and where ordering is completed automatically based upon available inventory, customer, manufacturer, supplier and/or distributor datea.[17]  The SCMS also directly or alternatively under the doctrine of equivalents infringes claim 93 by enabling registration, removal or modification of privileges

---

[17] http://uic.umn.edu/content/thermofisher-scientific-supply-center

**GREENSPOON MARDER LLP**
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

for individual users and claim 94 of the '583 patent by enabling program instructions for administrative functions.

**COUNT TWO**

**INDIRECT INFRINGEMENT OF THE '538 PATENT**

**(Infringement of U.S. Patent No. 6,996,538 in Violation of 35 U.S.C. § 271(b) & (c))**

52.     Plaintiff re-alleges and incorporates by reference each of the allegations set forth in paragraphs 1 through 47 above.

53.     Defendant indirectly infringes the '538 patent through the SCMS Supply Center described above by inducing third parties (customers, manufacturers, suppliers and/or distributors) to infringe the claims of the '538 patent through their use of SCMS Supply Center in violation of 35 U.S.C. 271(b). Defendant induces infringement by providing third parties product literature, materials and instructional videos that advertise and encourage them to use the accused product(s) in a manner, Defendant knows infringes the patent.  Defendant also contributorily infringes the '583 patent by offering to sell and sell the SCMS Supply Center top customers components thereof that do not have a non-infringing use in violation of 35 U.S.C. § 271 (c).

54.     Defendant's SCMS software provides a web-based interface for product search, selection, and checkout of all inventory items. In addition, the SCMS software and Supply Centers provide automated management of onsite inventories, including reporting features for cost center accounting. SCMS software is designed to support customer's existing business rules and can integrate with customers' eProcurement platform for further simplification of the ordering workflow. SCMS software allows users to search, filter and sort stocked product lists and inventory levels; provides a streamlined checkout process including email confirmation of orders; provides access to all Life Tech catalog products and services; and allows users the ability to shop from multiple sources. SCMS

GREENSPOON MARDER LLP
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*SECOND AMENDED COMPLAINT*                    -15-

software and Supply Centers also enable automated order replenishment and shipment check-in for organized and timely shipments; provide flexible payment options and customized cost-center assignments; and permit visibility of end-user purchases using self-administered reporting tools. A Supply Center may be branded with information associated with a respective Life Tech customer.

55.     Defendants (including without limitation the University Defendants), by and through their agents, officers, directors, employees and servants, have been and are currently directly infringing the '538 patent by making, using, offering to sell, importing, exporting, and/or selling SCMS software and/or Supply Centers that is covered by at least one claim of the '538 patent. A commercial for Life Tech's Supply Center can be found at http://www.youtube.com/watch?v=TlJREIvYcEM

56.     Defendant contributorily infringes and also actively induces others to infringe at least one claim of the '538 patent. By way of example, Defendant and others (including its customers, manufacturers, suppliers and/or distributors) jointly perform each and every step of dependent claim 68 of the '538 patent through the use of the SCMS Supply Center.  Through SCMS and a Supply Center, Defendant collects and store customer inventory information, inventory and cost information, and inventory restocking parameters as required by dependent claim 68. Through the SCMS, Defendant evaluates the customer inventory information and inventory or cost information in light of the restocking parameters as recited in dependent claim 68. Through the SCMS, Defendant or one of its customers, orders (and Defendant facilitates the ordering of) inventory which best fulfills the inventory restocking parameters as recited in dependent claim 68.  Through the SCMS Defendant and/or a customer can track inventory items as inventory items are added, restocked, or removed as recited in dependent claim 68.  Through the SCMS Defendant and/or a customer updates the customer inventory information based on the tracked inventory items as recited in dependent claim 68.  Through

*GREENSPOON MARDER LLP*
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*SECOND AMENDED COMPLAINT*                    -16-

the SCMS, Defendant and/or a customer has access to the inventory information as recited in dependent claim 68. By providing the SCMS Defendant, thereby induces the performance of the steps of independent claim 67 and dependent claim 68 and those steps were actually performed.

57.   Defendant intentionally causes others to infringe the '583 patent (by providing its infringing SCMS Supply Center for use by customers, manufacturers, suppliers, and/or distributors) to further the sale of Defendant's products, e.g., protein standards, reagents, and a wide variety of common lab supplies, to those Defendants.

58.   Use of the SCMS Supply Center allows Defendant to stock and automatically replenish its products at a third part site. It has no other non-infringing use when used as designed. Defendant in designing and offering the SCMS Supply Center to customers and others knows that others will infringe the '538 patent.

59.   As a customer consumes products, Defendant replenishes inventory thus ensuring that personnel at a customer's site have uninterrupted and efficient access to Defendant's products. Defendant encourages customers to use the SCMS Supply Center to more efficiently move and sell its products, thereby generating revenue to Defendant.

60.   In the event that one of Defendant's customer may use an e-commerce solution provided by a third Party such as Oracle on top of the SCMS to facilitate the reordering and replenishment of inventory, Defendant is liable for contributory infringement by selling or providing its SCMS to that customer. For example, the SCMS software is especially made or especially adapted for use in the practice of dependent claim 68 of the '538 patent as it performs each and every step recited in independent claim 67 and dependent claim 58. The SCMS is material to practicing the method of dependent claim 68 because without customers Defendant would not be able to track, monitor, and manage customer inventory, and thereby determine

GREENSPOON MARDER LLP
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*SECOND AMENDED COMPLAINT*                    -17-

when inventory needs to be replenished and ordered through the third-party e-commerce solution. Inventory tracking and management as provided by SCMS is a critical component of a customer's operation as it ensures that the customer has uninterrupted and efficient access to essential Defendant's products.

61. Unisone is informed and believes that Defendant's infringement is willful because it has had knowledge of the '538 at least since the filing of the original complaint in this action on June 3, 2013, yet has not desisted from making, selling and offering for sale its SCMS Supply Center, nor has it altered or modified its SCMS software in any way so as to avoid infringement. Unisone is informed and believes and based thereon alleges that Defendant's infringement will continue unless enjoined by this Court.

62. Unisone is informed and believes and based thereon alleges that Defendant has derived and received, and will continue to derive and receive, gains, profits and advantages from the alleged acts of infringement in an amount not presently known to Unisone. By reason of the aforesaid infringing acts, Unisone has been damaged and is entitled to monetary relief in an amount to be determined at trial but in excess of the jurisdictional requirement of this Court. Because of the aforesaid infringing acts, Unisone has suffered and continues to suffer great and irreparable injury for which there is no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment as follows:

1. That Defendants be declared to have infringed the Patents-in-Suit;

2. That Defendants, Defendants' officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, be preliminarily and permanently enjoined from infringement of the Patents-in-Suit, including but not limited to any making, using, offering for sale, selling, or importing of unlicensed infringing products within and without the United States;

3. Compensation for all damages caused by Defendants' infringement of

*GREENSPOON MARDER LLP*
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*SECOND AMENDED COMPLAINT*                    -18-

1    the Patents-in-Suit to be determined at trial;

2        4.    A finding that this case is exceptional and an award of reasonable

3    attorneys' fees pursuant to 35 U.S.C. § 285;

4        5.    Granting Plaintiff pre-and post-judgment interest on its damages,

5    together with all costs and expenses; and,

6        6.    Awarding such other relief as this Court may deem just and proper.

7                                        **GREENSPOON MARDER LLP**

8    Dated: September 12, 2019      By:  /s/Anton Handal
                                         Anton N. Handal
9                                        Gabriel G. Hedrick
                                         Todd Langford
10                                       Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*GREENSPOON MARDER LLP*
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*SECOND AMENDED COMPLAINT*                    -19-

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiff hereby demands a trial by jury on all claims.

3

**GREENSPOON MARDER LLP**

4

Dated: September 12, 2019

By:  /s/Anton Handal

5

Anton N. Handal
Gabriel G. Hedrick
Todd Langford
Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*GREENSPOON MARDER LLP*
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*SECOND AMENDED COMPLAINT*                                    -20-

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.1(h).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed this 12th day of September 2019 at San Diego, California.

**GREENSPOON MARDER LLP**

Dated: September 12, 2019

By: /s/Anton Handal
Anton N. Handal
Gabriel G. Hedrick
Todd Langford
Attorneys for Plaintiff

GREENSPOON MARDER LLP
401 WEST A  STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

# EXHIBIT A

US006996538B2

(12) **United States Patent**     (10) **Patent No.:**     **US 6,996,538 B2**

Lucas     (45) **Date of Patent:**     **Feb. 7, 2006**

(54) **INVENTORY CONTROL SYSTEM AND METHODS**

(75) Inventor: **Michael T. Lucas**, Calabasas, CA (US)

(73) Assignee: **Unisone Corporation**, New Castle, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 672 days.

(21) Appl. No.: **09/799,879**

(22) Filed: **Mar. 7, 2001**

(65) **Prior Publication Data**

US 2001/0051905 A1 Dec. 13, 2001

**Related U.S. Application Data**

(60) Provisional application No. 60/187,389, filed on Mar. 7, 2000.

(51) **Int. Cl.**
*G06F 17/60* (2006.01)

(52) **U.S. Cl.** .......................................... **705/28**; 705/26

(58) **Field of Classification Search** ................... 705/2, 705/29, 28
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,153,931 A | * | 5/1979 | Green et al. | ................. 364/200 |
| 5,168,445 A | | 12/1992 | Kawashima et al. | ........... 365/403 |
| 5,537,313 A | * | 7/1996 | Pirelli | ........................ 364/403 |
| 5,592,374 A | * | 1/1997 | Fellegara et al. | ........... 395/203 |
| 5,608,621 A | | 3/1997 | Caveney et al. | ........... 395/216 |
| 5,610,811 A | * | 3/1997 | Honda | ........................ 395/202 |
| 5,638,516 A | * | 6/1997 | Duzett et al. | ............... 395/200 |
| 5,638,519 A | | 6/1997 | Haluska | ..................... 395/228 |
| 5,712,989 A | * | 1/1998 | Johnson et al. | ............... 705/28 |
| 5,732,401 A | * | 3/1998 | Conway | ..................... 705/29 |
| 5,737,539 A | * | 4/1998 | Edelson et al. | ........... 395/203 |
| 5,758,095 A | * | 5/1998 | Albaum et al. | ............. 395/202 |

| | | | | |
|---|---|---|---|---|
| 5,893,076 A | | 4/1999 | Hafner et al. | ................. 705/28 |
| 5,920,317 A | | 7/1999 | McDonald | ................. 345/356 |
| 5,953,707 A | | 9/1999 | Huang et al. | ................. 705/10 |
| 5,983,198 A | | 11/1999 | Mowery et al. | ............ 705/22 |
| 5,986,219 A | * | 11/1999 | Carroll et al. | ................. 177/1 |
| 5,991,728 A | * | 11/1999 | DeBusk et al. | ............. 705/2 |
| 6,002,344 A | * | 12/1999 | Bandy et al. | ............ 340/10.2 |
| 6,021,392 A | * | 2/2000 | Lester et al. | ............... 705/2 |
| 6,151,582 A | | 11/2000 | Huang et al. | ................. 705/8 |
| 6,169,483 B1 | * | 1/2001 | Ghaffari et al. | ......... 340/572.3 |
| 6,249,774 B1 | | 6/2001 | Roden et al. | ............... 705/28 |
| 6,294,999 B1 | * | 9/2001 | Yarin et al. | ........... 340/573.1 |
| 6,341,271 B1 | | 1/2002 | Salvo et al. | ................. 705/28 |
| 6,354,493 B1 | * | 3/2002 | Mon | ........................... 235/380 |
| 6,681,990 B2 | * | 1/2004 | Vogler et al. | ............. 235/385 |
| 2002/0161688 A1 | * | 10/2002 | Stewart et al. | ............... 705/37 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 410097574 A | * | 4/1998 | |

OTHER PUBLICATIONS

mySAP.com Business Scenarios in Action at SAPPHIRE '99; Business Wire, Sep. 14, 1999.*
Nonstop Solutions Acquires Supply Chain Solutions, PR Newswire, Jan. 17, 2000.*

(Continued)

*Primary Examiner*—Steven B. McAllister
(74) *Attorney, Agent, or Firm*—Nath & Associates PLLC; Gregory B. Kang; Lee C. Heiman

(57) **ABSTRACT**

A system and method which allows third-parties to monitor company inventory via the Internet and World Wide Web ("web") and automatically order needed items. The present invention also provides a forum through which resellers and customers may directly interact to resell surplus and used equipment. The present invention may also allow a third party to act as a broker, thereby assuring that both the equipment purchased is actually delivered, and that the seller is properly compensated.

**96 Claims, 5 Drawing Sheets**



# US 6,996,538 B2

Page 2

## OTHER PUBLICATIONS

Selling inbound logistics services: Understanding the buyer's perspective; Maltz, Arnold and Ellram, Lisa; Journal of Business Logistics; v. 12, n. 2.*

Beware the pitfalls of Internet procurement; Welty, Terry; Communications News, Mar. 2000.*

John Bermudez "Advanced Planning and Scheduling: Is It as Good as it Sounds?" *The Report on Supply Chain Management,* Mar. 1998, Advanced Manufacturing Research pp. 1–24.

Datta, Shoumen, "RFID . . . an incomplete story," MIT Forum for Supply Chain Innovation, School of Engineering, Massachusetts Institute of Technology, Cambridge, Massachusetts, 2001, pp. 1–37.

Mayberry, Robert, "IBM SCM RFID Solutions," Presentation slides, IBM Corporation, Jun. 2004, pp. 1–31.

Maney, Kevin, "New Chips Could Make Everyday Items 'talk'," http://www.usatoday.com/money/covers/2004–4–12–tiny–band.htm, Apr. 2002, website printout pp. 1–5.

"Emerging Technologies," The Auto–ID Lab at MIT, web page from the website of Food Marketing Institute, web printout p. 1.

"Summary," web page from the website of Auto–ID Center, web printout, p. 1, Apr. 2002.

"Applications," web page from the website of Auto–ID Center, web printout, p. 1, Apr. 2002.

"Reinventing the Supply Chain," web page from the website of Auto–ID Center, web printout, p. 1, Apr. 2002.

"What is the history of the Auto–ID Center?," web pages from the website of Auto–ID Center, web printout, pp. 1–2, Apr. 2002.

Search result page from the website of Auto–ID Center, web printout, p. 1, Apr. 2002.

Question page from the website of Auto–ID Center, web printout, p. 1, Apr. 2002.

* cited by examiner



**Figure 1**



Figure 2



**Figure 3**



**Figure 4**



**Figure 5**

US 6,996,538 B2

**1**

# INVENTORY CONTROL SYSTEM AND METHODS

## PRIORITY AND COPYRIGHT CLAIMS

This application claims the benefit of U.S. Provisional Patent Application Ser. No. 60/187,389 filed Mar. 7, 2000, the entire disclosure of which is incorporated herein by reference.

This application includes material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent disclosure, as it appears in the Patent and Trademark Office files or records, but otherwise reserves all copyright rights whatsoever.

## FIELD OF THE INVENTION

The present invention relates to the field of electronic inventory control. In particular, the present invention relates to controlling healthcare supply inventories.

## BACKGROUND OF THE INVENTION

Traditionally, inventory control has been done by the company or organization using the items in the inventory. In smaller offices, inventory control is typically not a high priority, and orders may be placed whenever items are out of stock.

As an office increases in size, inventory management becomes more of a challenge, and monitoring of frequently used or crucial items becomes very important. Typically a person is given the responsibility of monitoring inventory and ordering replacements as supply diminishes. As a company further increases in size, more advanced inventory management techniques may be used. For example, supply and usage trends may be analyzed to determine minimum quantities on hand, and seasonal or other peak usage may be determined.

Some larger offices have switched to automated or semi-automated inventory tracking systems. These automated systems utilize barcode scanners or other electronic identifiers to track outgoing and incoming inventory, and can prepare purchase requests as supplies diminish.

## SUMMARY OF THE INVENTION

The present invention improves upon the prior art by shifting the burden of inventory tracking onto a third party; this concept is referred to as vendor managed inventory, or VMI. When a third party provides VMI services for multiple companies, it gains significant buying power which it can use to negotiate better deals, improve supplier responsiveness, and streamline the buying process.

The present invention allows third-parties to monitor company inventory via the Internet and World Wide Web ("web"). In addition, the present invention allows small to medium sized companies to take advantage of VMI by providing a cost-effective solution to their inventory tracking needs.

The present invention utilizes web-enabled technologies to revolutionize inventory management by tracking inventory and automatically contacting suppliers, manufacturers, or distributors when additional supplies are needed. This may result in a labor reduction as compared to the labor-intensive inventory maintenance systems currently deployed.

In addition to reducing labor costs, the present invention may help a company cut other costs. The present invention may help reduce delivery costs by regularly ordering supplies in anticipation of need, thus obviating the need for express shipments. The present invention may also allow third parties to take advantage of manufacturer or distributor specials when offered for the products its customers require, thus further reducing customer cost.

While purchasing is a large part of inventory maintenance, the present invention may also facilitate other transactions as well. For example, the present invention may allow customers to resell products or equipment to other businesses, thereby maximizing utility. Although some in the prior art, such as Neoforna.com and Medibuy.com, have attempted to provide business-to-business equipment resale through web-based auctions, auctions do not provide equipment availability assurances. The present invention provides a forum through which resellers and customers may interact, where the present invention acts as a broker, thereby assuring both that purchased equipment is delivered, and that a seller receives proper compensation.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram illustrating the major hardware components of the present invention.

FIG. 2 is a block diagram illustrating an overview of the software components of the present invention.

FIG. 3 is a process flow diagram illustrating sample logic implemented when client software attempts to update data stored in a server.

FIG. 4 is a process flow diagram illustrating sample logic implemented when client software polls a data connection.

FIG. 5 illustrates a sample RFID portal and related computer equipment.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention implements an Internet-based, vendor managed inventory ("VMI") system. A VMI system allows a customer to reduce costs by pushing inventory management responsibilities onto a third party, or manager. Managers may service multiple companies, thus allowing them to negotiate better deals, improve supplier responsiveness, and serve as an effective customer advocate.

The present invention allows managers to inexpensively monitor customer inventory via the Internet and World Wide Web ("web"). The present invention utilizes web-enabled technologies to revolutionize inventory management by tracking inventory and automatically contacting suppliers, manufacturers, or distributors when products are needed. This may result in a labor reduction as compared to the labor-intensive inventory maintenance systems currently deployed.

FIG. 1 is a block diagram illustrating the major hardware components of the present invention. As illustrated in FIG. 1, the present invention utilizes a client/server architecture to facilitate communication between customer inventory systems and managers. A client running on a Customer Inventory System 130 may be used to track inventory, place special orders, and interact with other customers.

A client may include custom software, such as an application written in Visual Basic, JAVA, or C; commercial software, such as a web page accessible through a web browser; or a combination of custom and commercial software, such as a "plug-in" which operates in a web browser. Examples of common web browsers include Internet Explorer, developed by Microsoft Corporation of

US 6,996,538 B2

3

Redmond, Wash., and Navigator, developed by Netscape Corporation of Mountain View, Calif.

Customer Inventory Systems **130** may allow manual inventory tracking, semi-automated inventory tracking, or inventory may be dispensed using automated systems. By way of example, without intending to limit the present invention, a preferred embodiment of the present invention includes a handheld device, such as a Palm VII device by Palm Computing, Inc., to be outfitted with a barcode scanner. Such a device can allow barcodes or other identifiers associated with each inventory item to be scanned or otherwise entered into the system prior to or at the time of item distribution. As each item is scanned, a count maintained by the present invention may be adjusted to properly track inventory levels. Recipient-specific labels, including product warnings and other information, can then be printed for each scanned item.

Other inventory distribution methods contemplated include, but are not limited to, interfacing the present invention with vending machines. Vending machines may allow accurate inventory tracking without requiring human interaction, except to periodically restock a particular supply or group of supplies. In a preferred embodiment, vending machines may include security measures to prevent unauthorized supply distribution. Such security measures may include, but are not limited to, the use of an identification card and personal identification number ("PIN"), and biometric systems. Vending machines equipped with security systems may restrict access to specific supplies on an individual-by-individual level, or group-by-group basis. Vending machines may also be equipped with label printers that allow warnings and other information to be attached to a dispensed item's packaging.

Alternatively, supply closets or other storage areas can be outfitted with a Radio Frequency Identification (RFID) portal, as illustrated in FIG. **5**. An RFID portal (Block **500**) is similar in structure to airport security metal detectors, except that RFID portals can detect or scan RFID tags as such tags pass through a portal. The present invention can monitor RFID tag identifiers, including identifiers assigned to individuals, such that access to a storage area can be monitored, and items removed by an individual can be tracked without any direct user interaction.

A preferred embodiment of the present invention can also track individual product dispensation, and may require additional information as products are dispensed. By way of example, without intending to limit the present invention, if a doctor dispenses sample medication to a patient, the present invention may also request a patient identifier, whereas if a package of gauze bandages was removed from inventory to restock an examination room, the present invention may not request a patient identifier. Patient identifiers can be used by the present invention to generate dispensation history reports for various products which may help suppliers and manufacturers to better understand income, race, ethnicity, or other demographic characteristics of typical recipients. The present invention may restrict such reports to only demographic information, and may not include individual-specific information in such reports.

An alternative embodiment of the present invention allows physicians or others to carry a handheld device through which prescriptions can be written while talking with a patient. Such a handheld device can connect to a local inventory management system through a wireless or wired means, and, when appropriate, a prescribed item sample may be automatically dispensed by a vending machine.

4

Alternatively, a message may be displayed at a nurse's station indicating the items to be pulled from inventory. When items are dispensed by a vending machine or pulled from inventory, inventory counts can be decremented as appropriate, and new orders can be placed as necessary.

As inventory is distributed, Customer Inventory System **130** may track supply usage habits to determine minimum acceptable quantities on-hand. Usage information may be studied for various periods of time, and the present invention may create an inventory usage model based on collected data. As models are created and refined, the present invention may modify minimum in-stock thresholds to reflect anticipated usage. As quantity in-stock approaches a calculated or specified threshold, Customer Inventory System **130** may automatically request new supplies from Server **100**. Supply requests may include various information, including, but not limited to, urgency of request, customer willingness to accept alternative brands or sizes, billing information, and shipping information.

As Server **100** receives supply requests, Server **100** may request price quotes from several Manufacturer, Supplier, or Distributor **120**'s ("Distributor **120**"). Distributor **120** may respond with quantity available, price, estimated delivery time, and other such information. Server **100** may then automatically evaluate each Distributor **120** response to find the best value given various factors associated with each customer request. When an appropriate Distributor **120** response is chosen, Server **100** may automatically arrange payment and shipping of requested supplies for Customer Inventory System **130**.

Communication between Customer Inventory System **130**, Server **100**, and Distributor **120** may be achieved through various methods, including, but not limited to, hypertext transfer protocol ("HTTP"), file transfer protocol ("FTP"), simple mail transfer protocol ("SMTP"), or other such related methods.

Although purchasing is a large part of inventory maintenance, a preferred embodiment of the present invention may also facilitate communication between customers, provide a source of information dissemination, and encourage customer interaction. The present invention may facilitate customer communication by allowing customers to resell products, equipment, or excess inventory to other businesses. The present invention may allow information dissemination by providing an up to date catalog of available equipment and other inventory from which a customer may order. The present invention may facilitate customer communication by allowing managers and customers to author and distribute articles describing new rules, regulations, procedures, revenue generation prospects, or other information of interest to other customers.

Customer Inventory System **130** may serve as the primary source of customer interaction with the present invention. Articles, catalogs, inventory information, and other such information may be stored on Server **100**, and Customer Inventory System **130** may communicate with Server **100** to obtain requested information.

FIG. **2** illustrates a preferred embodiment of Server **100**, in which relationships between data storage, web server, and application services provided by Server **100** are illustrated. All client communications may first pass through Firewall **210**. Firewall **210** represents a combination of software and hardware which is used to protect the data stored in Web Server **220**, Database Server **230**, and Application Server **240** from unauthorized access.

As previously described, clients may communicate with the present invention through various protocols, including

US 6,996,538 B2

5

HTTP. Web Server **220** represents software capable of transmitting and receiving information via HTTP or other protocols. Examples of such software include Internet Information Server, developed by Microsoft Corporation of Redmond, Wash.; Enterprise Server, developed by Netscape Corporation of Mountain View, Calif.; and Apache Server, developed by the Apache Software Foundation of Forest Hill, Md.

When a client requests information, Web Server **220** may determine whether a client request requires pre-processing, in which case a request is transferred to Application Server **240**, or if a request simply requires data to fulfill the request, in which case Web Server **220** may communicate directly with Database Server **230**.

Database Server **230** represents commercially available database software, such as Microsoft SQL Server, developed by Microsoft Corporation of Redmond, Wash., Oracle 8i, developed by Oracle Corporation, of Redwood Shores, Calif., or other, similar software. Database Server **230** may store raw data, such as customer inventory information, customer addresses, vendor names, vendor product classes, and other such similar information. Such information may be transmitted to a client by Web Server **220**, or Application Server **240** may interpret information stored in Database Server **230** prior to transmission.

Application Server **240** may contain business rules associated with the present invention, which can be used to interpret Database Server **230** data prior to transmission of that data to a client. In addition to interpreting information stored in Database Server **230** for client use, Application Server **240** may also monitor inventory levels reflected in Database Server **230**, contact vendors based on information from Database Server **230**, adjust inventory information as new inventory is received, and provide the services necessary to facilitate business-to-business resale of equipment or products stored in Database Server **230**.

Web Server **220**, Database Server **230**, and Application Server **240** each represent software which may run on the same computer, or on multiple computers. In addition, Application Server **240** may be implemented within Database Server **230** as a set of business rules.

An alternative description of the present invention follows, in which the present invention is described through a series of functional specifications. This information is included for enablement purposes, and describes the best mode contemplated at the time the present specification was filed. While the following functional specification describes a preferred embodiment of the present invention, descriptions within the functional specification should not be construed as limiting the present invention.

To avoid confusion, the following terms are used in this functional specification:

Customer—Refers to a buyer of products via the present invention. Customers can have "open account" relationships to avoid credit card and COD shipment problems.

Linked Supplier—A distinction is made to avoid confusion with other vendors doing business with the present invention, given that payables may be in a common accounts payable system. Distributors, manufacturers, or other vendors (collectively "suppliers"), are distinguished by whether they are using the present invention's inventory tracking and accounting software, and therefore have live Internet linkages into their databases for queries, order processing, and billing.

Manual Supplier—If a supplier provides goods or services through the present invention, but tracks inventory

6

through a manual interface, such a supplier may be termed a "Manual Supplier". Open account relationships may be maintained between Linked or Manual Suppliers avoid payment complexities.

Non-linked Supplier—Suppliers not linked to the present invention.

Products—Items for sale via the present invention.

Customer Inventory—A list of products to be maintained at a given customer site.

In addition to the general definitions set forth above, this functions specification also defines a set of system functions. System functions may fall into one of the following general sub-system categories:

Interactive—human interface and related functions for tracking inventory counts, inventory consumption rates, ordering critical products, and the like. Interactive processes may be web-based or PC-based (client-server).

Nightly Processes—periodic processes through which orders can be generated and invoicing and related processes can be performed, including interaction with Distribution system at distributor warehouses.

Corporate—processes performed within corporate offices, but which update a database. Includes accounting, client data management, and other such processes.

Distribution—Linked Suppliers integrated with the present invention. Industry standard Enterprise Resource Planning (ERP) software may be bundled with commercial financial software to provide a complete business system to Linked Suppliers.

Database Design—A database schema which may be utilized in a preferred embodiment of the present invention.

The present invention in general, and this functional specification specifically, defines styles and functions included in detailed web pages and other user interface elements that are intended to be available system wide. Web pages, application windows, program screens, and transactions within the present invention should observe common rules. These rules include, but are not limited to:

No customer can view, inquiry into, update or in any way alter another customers data. Transactions can use an IP address or other unique identifier as a cross-check against a customer ID coming in with transmitted pages to insure rule enforcement. For such security procedures, customer IP addresses or other unique identifiers may only be changed through a function accessible only to Corporate staff.

No Linked Supplier can see data belonging to another linked supplier.

System parameters controlling customer options can be set through an account setup and editing process. Such a process may be accessed by only someone with an authorized identifier. Initially, such identifiers may only be given to Corporate Staff.

Data changes will generally be reflected by a transaction log or transaction history, which may be accessible to customers or distributors, and to which Corporate Staff with appropriate security levels may have access.

Functions involving data changes may be performed as server-side scripts, rather than through client-side logic. In general, such server-side scripts can utilize a logical flow similar to FIG. **3**. As FIG. **3** illustrates, client software running on a customer machine may generate a page containing data to be updated by a web server and transmit said page to said web server (Block **300**).

When a web server receives a page from a customer machine, the present invention may attempt to process any

US 6,996,538 B2

7

changes requested by said page. If such changes are successful (Block **320**), the present invention may return a confirmation page or cause a confirmation message to be displayed to a customer machine, and appropriate transaction logging may occur.

If changes are not successful, the present invention may increment a retry count by one (Block **340** ). If the retry count is less than or equal to three, the present invention may retransmit customer changes (Block **370**) to Block **310** in an effort to make any appropriate changes. If the retry count exceeds three (Block **350**), the present invention may cause a page containing any error codes or other feedback information to be displayed on a client machine. Such a page may also contain original client data changes as well as a means for resubmitting said changes (Block **360**).

Client software may also periodically verify that a data connection exists between said client software and a server acting as part of the present invention. Such software may follow the logic illustrated in FIG. **4** to achieve accurate data connection monitoring. As Block **400** illustrates, client software may send one or more TCP/IP Ping commands or other network test commands to verify that a high-speed connection is still available to a server acting as part of the present invention.

If a high-speed network connection is detected, the present invention can continue normal operations (Block **410**). If a high-speed network connection is not detected, the present invention may attempt to reestablish such a connection (Block **420**). If a high-speed network connection can be reestablished (Block **430**), the present invention may continue normal operations (Block **410**). If a high-speed network connection cannot be established, a lower speed network connection, such as a dial-up network connection, may be established by the present invention (Block **440**). If a lower speed network connection can be established, the present invention may continue normal operations, including periodically attempting to reestablish a high-speed network connection (Block **410**).

If a lower speed network connection cannot be established, client software may display an application or page with alternative user interface and alternative functionality (Block **460**). Such alternative functionality can include local storage of product usage information, local inventory tracking, and limited reordering via a dial-up or other temporary connection with a known supplier (Block **470**). A client functioning without a data connection may periodically attempt to reestablish high or low speed network connections (Block **480**). When a connection is reestablished (Block **490**), a client may transmit product usage scan information to a server acting as part of the present invention.

In addition to an inventory tracking application, the present invention may also utilize a high speed network connection to transmit new product offerings or special promotions to a client for display to a customer. As new products are entered into a Products table or similar data structure, the present invention may cause such a product to appear on a client. In a preferred embodiment, the present invention may allow customers to select products in which a customer is interested, and the present invention may only display new products or special deals meeting a customer's prior specifications. Such specifications can include, but are not limited to, categories by manufacturer, product trade name, specific product type, general product classification, and quantity available or quantity per shipping unit.

A client displaying such information may allow a customer to indicate an interest in a product by typing a

8

command, clicking a button or other graphical interface element, or otherwise interacting with said client. If a customer expresses an interest in a featured product, a client may allow a customer to create a one-time order, or to configure recurring orders.

In addition to allowing customers to record product usage and order new inventory or new products, client software may also display advertisements on a rotating basis, and may be used for other purposes. A typical client software screen may also contain additional information and fields, including, but not limited to, a Product SKU field, a User-ID field, a Doctor-ID field, and a Sales Consultant Contact field.

When customers are not directly interacting with client software, client software may place a cursor in a Product SKU field by default. Placing a cursor in a Product SKU field can allow client software to ready accept an automatically or manually entered product identifier, such as a barcode label scanned via a wedge-style bar-code scanner.

As product identifiers are entered, client software may request a User-ID for each product identifier or set of product identifiers. A User-ID is a unique identifier created for each employee or set of employees within an organization. Such identifiers may be entered manually through an active user interface, such as, but not limited to, a keyboard, touch screen, or number pad, or through a passive user interface, such as, but not limited to, biometric recognition equipment, barcode identifiers worn by or associated with an employee, or through RFID tags worn by or associated with an employee. User-ID's may be combined with passwords to create a more secure inventory tracking system.

User-ID's may be used to track persons removing items from an inventory, but additional tracking or other controls may also be desirable. For example additional authorization may be required when employees remove expensive items or controlled substances from an inventory. The present invention may recognize when such an inventory item is removed, and client software may request an additional identifier, called a Doctor-ID, as authorization. Client software may even allow any user to enter a Doctor-ID for some inventory items, while for other inventory items a Doctor-ID and related password may be required. A biometric or other positive identifier may be used in place of a Doctor-ID or Doctor-ID and password in some applications.

When appropriate inventory tracking data has been entered into client software, the present invention may transmit such data to a server. A server may send a confirmation message to a client upon receipt of such data. If a confirmation message is not received within a predetermined period of time, the present invention may resend inventory tracking data. If successive resend attempts are unsuccessful, the present invention may follow a process similar to that illustrated by FIG. **3**. Client software may allow additional inventory scans to occur while waiting for confirmation from a server.

In addition to recording inventory tracking information, client software may also allow a customer to access various options. Such options may include, but are not limited to, an administrative page, an inventory status inquiry page, and an inventory receipt page. An administrative page can allow authorized customers to create, edit, or remove User-ID's, Doctor-ID's, groups of such accounts, and account-specific information. An inventory status inquiry page can retrieve and display a page containing customer inventory records, order status, and other such information.

An inventory status inquiry may be initiated through client software, which can send a page containing customer-specific information, as well as site-specific identification

US 6,996,538 B2

<table>
<tr><td>9</td><td>10</td></tr>
</table>

information stored on a client machine. In a preferred embodiment, a server receiving such a request may select records with appropriate site- and user-specific information from a table of customer inventory records. A server may generate a page or screen containing customer inventory information, including information from several tables. Table 1 below provides an example of columns displayed on a typical inventory request screen, as well as sample table and field names from which such data can be drawn.

TABLE 1

| Column Heading | Source Table | Source Field |
| --- | --- | --- |
| Description | PRODUCTS | DESCRIPTION |
| Product | CUSTOMER_INVENTORY | PRODUCT |
| Quantity In Stock | CUSTOMER_INVENTORY | ON_HAND_QTY |
| Order Point | CUSTOMER_INVENTORY | ROP |

TABLE 1-continued

| Column Heading | Source Table | Source Field |
| --- | --- | --- |
| ReOrder Quantity | CUSTOMER_INVENTORY | ROQ |
| Activity Status | CUSTOMER_INVENTORY | STATUS |

An advantage of the present invention over the prior art is the ability to simplify adding new items or restocking items into an inventory. Linked Suppliers shipping goods to a customer can provide a specially coded packing list, and a customer can automatically or manually enter such a code into client software. Client software can validate a packing list number as belonging to a customer and ensure a packing list is not credited to a customer system more than once. Entry of an invalid or previously validated packing slip can cause client software to display an error message.

If a valid packing slip is entered, client software may retrieve shipment contents from a centralized database or from a supplier database, and automatically update customer inventory information to reflect inventory received. Client software may then display a message confirming successful inventory changes, and return a customer to a main page.

A product search page may also be accessible through client software. A product search page can allow a user to select a search type and, if appropriate, search parameters and search parameter values (collectively "search criteria"). By way of example, without intending to limit the present invention, a product search page may allow a customer to search by specific manufacturer and products of a certain classification.

When a customer has selected appropriate search criteria, client software may pass such search criteria to a server. A server may query a database of products and product descriptions and return products matching or approximating customer search criteria.

If a user has selected a descriptive search, a server may select records from a Products table, or other similar table, whose data matches or approximates descriptive text entered by a user. If a user has selected a parameter search, a server may select Product table records whose fields match or approximate user search requests. To expedite such selections, a server may index descriptions, manufacturers, product classes, product names, and other frequently searched fields.

When appropriate records are selected, a server may transmit such records to client software for display. Client software may present such records in a variety of formats, including, but not limited to, a columnar or tabular format. Table 2 lists sample column names, sample source table names, source field names, and additional functionality client software may present when displaying such records.

TABLE 2

| Column Heading | Source Table | Source Field |
| --- | --- | --- |
| Description | PRODUCTS | SHORT_DESCRIPTION |
| Product ID | PRODUCTS | PRODUCT_ID |
| Manufacturer | PRODUCTS | MANUFACTURER |
| Mfg Item No. | PRODUCTS | MANUFACTURER_ITEM_NUMBER |
| Prod. Type | PRODUCTS | PRODUCT_TYPE |
| Prod. Class | PRODUCTIONS | PRODUCT_CLASS |
| Check Availability | None | Window action field |
| Add to Stock Plan | None | Window action field |

As Table 2 indicates, client software can allow a customer to check product availability and add products to a stock plan. In a preferred embodiment, client software may make such functionality available for each record displayed. In an alternative embodiment, records may have check boxes or other selection controls, thereby allowing customers to check the availability of multiple items, and add multiple items to a stock plan.

When a customer checks availability of a product or products, the present invention may search Linked Supplier inventories to determine quantities available, physical location, anticipated delivery times, and the like. When inventory is available, client software may allow a customer to order a product.

When a customer chooses to add a product to an inventory or stocking plan, client software may request restocking and other parameters from a customer, then send appropriate information to a server. A server may add an appropriate entry to a Customer_Inventory or other similar table, thereby enabling inventory tracking through the present invention.

Client software can also allow a customer to request a telephone call, an E-mail, or other contact from a sales consultant. In a preferred embodiment, a customer may select a product or supplier, and client software can query a server to determine an appropriate sales consultant for the selected product or supplier. A user can then be presented with a dialog box or other interactive interface which asks a customer to confirm a contact request. Once a contact request has been confirmed, client software may cause a server to store a request message in a Contact_Log table or other similar table.

In a preferred embodiment, a server may periodically scan Contact_Log table entries. When new or unanswered requests are found, a server may send a notification to a supplier alerting said supplier of such a request, where such a notification can include a customer E-mail address, tele-

US 6,996,538 B2

| 11 | 12 |

phone number, fax number, or other contact information, as well as other relevant customer and product information.

While the present invention can monitor inventory use and automatically order new inventory when necessary, a customer may anticipate a need for additional inventory based on parameters outside the scope of the present invention. By way of example, without intending to limit the present invention, if the present invention is used in a hospital, and the Olympics was held in or near the city in which the hospital is located, a hospital administrator may foresee the need to order additional quantities of frequently used supplies. Client software can provide a customer with the ability to quickly place such orders.

Customers can initiate such an order by clicking a button or otherwise interacting with a graphical or physical interface. In a preferred embodiment, a customer may select from products or groups of products already included in an inventory or stocking plan, or a customer may search for products through an interface similar to that described earlier. As previously described, customers can designate standard restocking quantities, and client software may use such quantities as defaults when clients are requesting additional inventory. Client software may also present quantities on hand to help customers make smarter purchasing decisions. Based on such information, customers can modify order quantities before submitting an order.

Client software can transmit customer orders to a server. Upon receipt of a customer order, a server can initiate an order fulfillment process.

A server may also automatically place an order based on customer demand. A server may periodically scan a customer inventory table and monitor inventory usage. As inventory is depleted, a server can predict frequently used items, and order appropriate quantities. Initially, a server may order limited quantities, to limit customer costs. A server may increase order quantities for frequently ordered products as customer usage habits dictate. A server may also construct an historical usage characterization, so that seasonal or other periodic usage patterns can be automatically taken into account.

As orders are placed, a server can query Linked Supplier inventories to determine each supplier's ability to fulfill an order. A server can calculate shipping costs as each order is processed, and a server can select one or more suppliers who can most cost effectively meet customer needs. As qualified suppliers are identified, orders are placed which can include expedited delivery and other options as specified by a customer or as determined by a server.

A server can also post supplier invoices to an accounts payable system, generate customer invoices based on supplier invoices, post customer invoices to an accounts receivable system. A server may further integrate with an automated payment system, thereby limiting invoicing and other such expenses.

In addition to customer and order related functions, a server can also provide administrative functions. By way of example, without intending to limit the present invention, a user who is not a customer can register to be a customer through a server-provided interface. Such an interface may allow a user to specify a business name, business type,

executive director or general manager, physical address, mailing address, shipping address, one or more telephone numbers, employee names, employee licensing and accreditation information, and the like.

As users submit such information, a server may validate that an address, telephone number, and zip code are all valid with respect to each other, and that all necessary fields have been filled. If any validations fail, a server may present a data entry page along with any invalid data, thus simplifying data correction.

A server and client software may also allow customers and suppliers to change various information. By way of example, without intending to limit the present invention, suppliers can change pricing; add or remove vendors and products; add, edit, or remove contacts; view account status and open invoices; and perform other such functions. Customers can adjust inventory counts to reflect audit results; add, edit, or remove employees and employee information; update payment and contact information; view account balances and make payments; and perform other such functions.

Linked Suppliers can also take advantage of many of these same features. Linked Suppliers implementing the present invention can track inventory; provide real-time inventory information to prospective customers; accept electronic orders; generate pick/pack lists; track order fulfillment process, including tracking into which containers each item in an order has been placed; generate bar-coded packing lists and shipping labels for each container; and generate invoices.

The present invention also provides Linked Suppliers with other advantages over the prior art. By way of example, without intending to limit the present invention, Linked Supplier inventory needs can be forecast based on prior order history, prior lead times, safety stock quantities, and the like, thereby reducing overall inventory investment. The present invention can also allow enable a Linked Supplier to track processing and shipping status for various products within an order, thereby providing a higher level of customer service. The present invention may also allow managers or other authorized individuals to electronically sign a purchase order, invoice, or other billing or order document and electronically transmit such a document to an appropriate recipient.

To achieve the functionality set forth above, a preferred embodiment of the present invention includes the following table structure. The table structure described below is included for enablement and best mode purposes, and should not be construed as limiting the present invention.

Table Name—

CLIENT_CONTROL

Table Description and function—This table can reside locally on a customer computer. It can store one or more records containing control data needed to manage on and off-line functions remotely. These records can be updated via an update applet transferring data from the Web Server's SQL database to this control. Its purpose is to provide control over the processes running on the local machine even if it is off-line, and to enable it to reconnect automatically.

| Column (field) Name | Description |
| --- | --- |
| CUSTOMER_ID | Customer ID - matches Customer ID in CUSTOMERS data in the Web Server SQL Database |
| IP_ADDRESS | This is the IP address for this machine |
| DSL_PORT | Connection path or port (e.g., COM2) where DSL connection exists; null if there is no DSL line for this machine |

US 6,996,538 B2

13                                                14

-continued

| Column (field) Name | Description |
| --- | --- |
| DIAL_PORT | Connection path ro port (e.g., COM3) where dial-up connection exists; null if there is no dial-up connection for this machine |
| DIAL_CONNECTION_PHONE | Phone number the software dials to establish a dial-up connection to the Web server system. Null if there is no dial-up connection |
| DIAL_CALL_BACK | Phone number of the dial-up line; to allow call-back from the web server. |

Table Name—
CLIENT_ERROR_LOG

Table Description and function—This table contains an error generation history for processes originating on a customer machine. It can provide an audit trail and view of how well processes are functioning, and a place to record both fatal-error conditions and those that may not need to be displayed to customers. Its data may not be processed, but can be stored for review by system administrators and managers.

Table Name—SYSTEM_ERROR_LOG

Table Description and function—This table can contain a history of errors generated by processes originating from outside a customer machine. The table can provide an audit trail and view of how well processes are functioning, and provide a place to record both fatal and non-fatal errors. Such data can allow system administrators, programmers, and managers to monitor automated, unattended processes. SYSTEM_ERROR_LOG can use a data dictionary/field structure similar to a Client_Error_Log table.

| Column (field) Name | Description | Field Characteristics & Indexing |
| --- | --- | --- |
| ERROR_DATE | Date of error log entry | Index - concatenated with ERROR_TIME |
| ERROR_TIME | Time of error log entry | Index - with ERROR_DATE |
| CALLER | Program name generating the error log entry | |
| ERROR_MESSAGE | Error message generated by the caller program | |
| USER_VIEWABLE | Yes - if message also displayed on user seen page; No if internal only message | |
| DATA_DUMP | Data (if any) causing the error | |

| Column (field) Name | Description | Field Characteristics & Indexing |
| --- | --- | --- |
| ERROR_DATE | Date of error log entry | Index - concatenated with ERROR_TIME |
| ERROR_TIME | Time of error log entry | Index - with ERROR_DATE |
| CALLER | Program name generating the error log entry | |
| ERROR_MESSAGE | Error message generated by the caller program | |
| USER_VIEWABLE | Yes - if message also displayed on user seen page; No if internal only message | |
| DATA_DUMP | Data (if any) causing the error | |

Table Name—
SYS_PARAMETERS

Table Description and function—Stores system-wide parameters in a common table.

US 6,996,538 B2

15

16

| Column (field) Name | Description | Field Characteristics & Indexing |
|---|---|---|
| PARAM_ID | Identifies parameter | Primary Index |
| VAR1 | First variable | |
| VAR2 | Second variable | |
| VAR3 | Third variable | |

Table Name—
CUSTOMER_APPLICATION

Table Description and function—this table can have a data dictionary similar to the CUSTOMERS table, and can be used to temporarily store unapproved, unprocessed customer application data submitted by a Customer/Client Application page. When an application is processed, appropriate records can be deleted from this table.

| Column (field) Name | Description | Field Characteristics & Indexing |
|---|---|---|
| See CUSTOMERS | | |

Table Name—
MEMBERS_APPLICATION

Table Description and function—this table has may use a data dictionary similar to PRACTICE_MEMBERS, and can temporarily store unapproved, unprocessed customer application data submitted by a Customer/Client Application page. When an application is processed, appropriate records can be deleted from this table.

| Column (field) Name | Description | Field Characteristics & Indexing |
|---|---|---|
| See PRACTICE_MEMBERS | | |

Table Name—
CUSTOMERS

Table Description and function—Can store a unique identifier for each customer in a permanent table. Activity logged in CUSTOMER MAINT_HISTORY table. Can be linked to third-party applications for credit terms, bill to, ship to addresses, phones and other financial data.

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| CUSTOMER | Identifies customer | Unique identifier (account number); matches CUSTOMER in A/R system | Primary Index |
| NAME | Practice Business Name | See Practice Members for doctor data. | Index |
| SALES_CONSULTANT | Identifies sales consultant | | Index |

US 6,996,538 B2

17                                                                                18

-continued

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| | assigned to account | | |
| IPADDRESS1 | Internet address used to link, identify computers in customers office | Can have multiple computers in larger offices. | |
| IPADDRESS2 | Internet address used to link, identify computers in customers office | Can have multiple computers in larger offices. | |
| IPADDRESS3 | Internet address used to link, identify computers in customers office | Can have multiple computers in larger offices. | |
| IPADDRESS4 | Internet address used to link, identify computers in customers office | Can have multiple computers in larger offices. | |
| DISCOUNT_CODE | Identifies which discount code is used to calculate prices charged for this customer | Code must be in DISCOUNT_CODES table. | Index |
| PHYSICAL_ADDRESS | Street address of practice | | |
| PHYSICAL_STATE | State in which the practice is located | | |
| PHYSICAL_ZIP | Zip code of physical location of practice | | |
| SHIP_TO_ADDRESS | Address to which shipments go | | |
| SHIP_TO_STATE | State for ship to address | | |
| SHIP_TO_ZIP | Zip code for ship to address | | |
| MAIL_ADDRESS | Mailing address (for other than shipments) | Literature, documents only (may be a PO Box to which UPS & FedEx cannot ship) | |
| MAIL_STATE | Mail address state | | |
| MAIL_ZIP | Zip code for mail address | | |
| ADMINISTRATOR | Administrator, manager, etc. of Customer | | |

50

Table Name—
PRACTICE_MEMBERS

Table Description and function—This table can be linked to records in a CUSTOMERS table, and can store data pertaining to individual physicians or other health-care professionals working at or with a practice.

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| CUSTOMER | Customer to whom the Practice Member is associated | Must be in CUSTOMERS table already MEMBER_NAME | Index - concatenated with |
| MEMBER_NAME | Name of health-care professional | Together with CUSTOMER, forms | With CUSTOMER |

US 6,996,538 B2

19                                                                                               20

-continued

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| | or physician linked to CUSTOMER | unique record key | |
| MEMBER_TITLE | Title (e.g., Exec. Director) of member | | |
| MEMBER_MAIL_ADDRESS | Separate mailing address for member | | |
| MEMBER_MAIL_STATE | Member mail address state | | |
| MEMBER_MAIL_ZIP | Member mail address zip | | |
| MEMBER_LICENSE_NO | Professional license for member | | |
| MEMBER_LICENSE_EXPIRE | Expiration Date of member's professional license | | |
| MEMBER_DEGREE1 | First degree of member | | |
| MEMBER_DEGREE2 | Second degree of member | | |
| MEMBER_DEGREE3 | Third degree of member | | |
| MEMBER_DEGREE4 | Fourth degree of member | | |
| MEMBER_NOTES | Text/comment field | | |
| DATE_NEW | Date this member was added to table | | |
| DATE_LAST | Last activity date | | |

Table Name—
DISCOUNT_CODES

Table Description and function—can contain decimal values representing a unique price to be charged or discount to be granted to each customer. Any number of customers may use a discount code. When a decimal value associated with a given code is changed, the result is that all prices for all customers using that code are changed. If a customer's discount code specifies a discount value greater than allowed for a given product, the present invention may limit a price to the maximum discount.

Table Name—
CUSTOMER_INVENTORY

Table Description and function—stores inventory at customer office. One record for each customer/SKU combination, including all that have been used in past, or which are to be used for next ordering cycle. Permanent table. Activity logged in CUSTOMER_INVENTORY_TX table.

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| DISC_CODE | Discount code | Identifies specific discount; numbering should be 10,20,30, etc. to allow for insertions in future, e.g, 14 | Primary Index |
| DISC_VALUE | Decimal value for the discount to be given | | |
| NOTES | Notes; text field for commentary about a particular discount code | | |

US 6,996,538 B2

21 | 22

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| CUSTOMER | Identifies customer | | Index - concatenated with PRODUCT |
| PRODUCT | Identifies product at customer's site | | Indexed with CUSTOMER |
| ON_HAND_QTY | Quantity of an item on hand at this customer | | |
| ROP | Reorder point quantity | When on_hand_qty falls to or below this quantity, a new order is triggered for the product. | |
| ROQ | Quantity to be ordered | Ordering process uses this quantity when a product is "triggered" | |
| STATUS | Activity status of item | Values: Active (default, normal setting) NoOrder (continue to use up inventory, but no more orders) NoUse (do not accept scanned usage of product) | Index |

Table Name—
PRODUCTS

Table Description and function—identifies products available for sale at any point in time. Includes products no longer active. One record for each product/SKU/Item Number.

30

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| PRODUCT_ID | Identifies product; SKU; also is "item number" | | Primary Index |
| SHORT_DESCRIPTION | Short description appearing on most printed outputs & screens | | Index |
| LONG_DESCRIPTION | Long description for additional description | | Index, built so each word is indexed separately. |
| MANUFACTURER | Company making product; Must be in MANUFACTURERS table | | Index |
| MANUFACTURER_ ITEM_NUMBER | Manufacturer's product identifier | | Index |
| STATUS | Item status | Values: Active (default, normal usage) NoOrder (accept usage scans, no orders) NoUse (do not accept usage scans; no activity; obsolete or discontinued) | |
| PRODUCT_CLASS | Marketing/sales classification of product | | Index |
| PRODUCT_GROUP | Commodity classification of product | | Index |

US 6,996,538 B2

23 | 24

-continued

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| PRODUCT__LINE | Financial reporting classification of product | | Index |
| SELL__START__DATE | Date that new orders for this product can be processed | Prior to this date orders will not be processed (new product so not available yet) | |
| SELL__END__DATE | Date after which new orders for this product cannot be processed | After or on this date, orders will not be processed (discontinued product) | |
| PRODUCT__PICTURE | Product Picture bit map image | JPEG or GIF | |

Table Name—

MANUFACTURERS

Table Description and function—This table stores all manufacturers whose products may be carried in the PRODUCTS table. It serves as a reference and validation table for products.

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| MANUFACTURER__ID | Short abbreviation for manufacturer | | Primary Index |
| MANUFACTURER__NAME | Normal business name for manufacturer | | Indexed |

-continued

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| DATE__ADDED | Date this Manufacturer was added to the table | | |

Table Name—

ORDERS

Table Description and function—stores orders generated by nightly process and/or by critical ordering process, which are then downloaded to distributor. Serves as order "header" record. Linked to ORDER__DETAIL table where line items are stored. No maintenance history log table. One record for each order generated and downloaded.

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| ORDER__NO | Order Number; unique identifier for the order | Generated by ordering processes; increments SYSTEM__PARAMTER for order number | Primary Index |
| ORDER__DATE | Date order generated | | Index |
| ORDER__TIME | Time order generated | | |
| ORDER__SOURCE | How order was generated | Sources are: AUTO - nightly process MANUAL - manual order entered on terminal in customer's office. | |
| CUSTOMER | Customer on the order | | Index |
| LINKED__SUPPLIER | Linked Supplier to whom the order was downloaded | | Index |
| ORDER__STATUS | Status of the order; shows latest status only, sequence is presumed | Values: GEN - generated PLACED - downloaded to supplier | Index |

US 6,996,538 B2

-continued

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| | | S_BILLED - supplier has invoiced Med-e-Track C_BILLED- system has converted supplier invoice to customer invoices | |
| STATUS_DATE | Date which status changed | | |
| SHIP_TO_ADDRESS | Address to which orders is to be shipped; appears on downloaded order data | | |
| ORDER_PRODUCT_TOTAL | Total value of order for product only; not including tax, shipping, other charges | | |

Table Name—

ORDER_DETAIL

Table Description and function—stores line item detail on ORDERS. One record for each line item on an order.

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| ORDER_DTL_ORDER_NO | Order number to which this detail record belongs | | Index - concatenated with ORDER_LINE_NUMBER |
| ORDER_LINE_NUMBER | Line number for order. | With Order_Dtl_Order_no, forms a unique identifier | |
| PRODUCT | Product identifier for item ordered | | Index |
| ORDER_QUANTITY | Quantity of the product that is being ordered. | | |
| SHIP_QUANTITY | Quantity of the item shipped; as reflected on an uploaded, processed supplier invoice/packlist | | |
| CUSTOMER_UNIT_PRICE | Price to be charged to customer | | |
| CUSTOMER_UNI_SALES_TAX | Sales tax, if any to be charged customer | | |
| PRODUCT_ORDERED_SUBTOTAL | Value = Order_Quantity * Customer_Unit_price | | |
| PRODUCT_SHIP_SUBTOTAL | Value = Ship_Quantity * Customer Unit_Price | | |
| LINKED_SUPPLIER_UNIT_COST | Price to be paid Linked Supplier for this item | | |

US 6,996,538 B2

27
28

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| LINKED__SUPPLIER__ PRODUCT__SHIP__SUBTOTAL | Value = Ship Quantity * Linked__Supplier__ Unit__cost | | |

Table Name—
LINKED __SUPPLIER

Table Description and function—Stores and sets up each linked supplier, i.e., distributor that is linked into the web site. One record for each supplier that will be, is now, or has been linked at one time into Med-e-Track. Activity logged in LINKED__SUPPLIER MAINT__HISTORY. Account is linked to Supplier table in the SOLOMAN Accounts Payable subsystem.

| Colunm (field) Name | Description | Comment |
|---|---|---|
| SUPPLIER | Supplier's ID | Unique identifier |
| SUPPLIER_IP_ADDRESS | IP Address where linking process occurs | |
| OPEN_DATE | Date the relationship was setup/started | |

Table Name—INVOICE
SUPPLIER _

Table Description and function—stores uploaded invoice/ pack lists from linked suppliers. Serves as "header" record for invoices. A given Order can have multiple invoices. Linked to SUPPLIER_INVOICE__DETAIL records which carry line item detail. Invoices uploaded from distributor reflect orders they have shipped and are then used to generate Customer invoices. The uploaded invoice data is also transferred to the Accounts Payable module of the Solomon IV software for corporate accounting/tracking. Customer invoices generated and recorded in this table are also transferred to the Accounts Receivable module.

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| INTERNAL__ INVOICE__ID | Internal, system generated invoice identifier | Insures unique invoice identification in case of similar supplier invoicing schemes/numbers | |
| ORDER | Order number which the invoice is a shipment/bill for. | | |
| SUPPLIER_INVOICE | Invoice identifier from supplier | Uploaded invoice data | |
| SUPPLIER_INVOICE_ DATE | Date of/on supplier invoice that was uploaded | | |
| SUPPLIER_INVOICE_ TIME | Time that supplier invoice was uploaded | Invoice time may not appear in supplier database. | |
| AP_DATE | Date supplier invoice data posted to AP tables | | |
| AP_TIME | Time supplier invoice data was posted to AP tables | | |
| CUSTOMER_INVOICE | Invoice ID generated by nightly process to bill customer for shipment | Presence indicates that nightly process has run, generating this separate invoice number. | |
| CUSTOMER__ INVOICE_DATE | Date customer invoice generated by nightly process | | |
| CUSTOMER__ INVOICE__TIME | Time of customer invoice generation process. | | |
| AR_DATE | Time | | |

US 6,996,538 B2

**29** | **30**

-continued

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|
| SHIPMENT | Shipment document number | May be separate ID from invoice no. | Index on this field for packing slip data retrieval. |
| SHIP_VIA | Shipping method; e.g., UPS Ground | | |

Table Name—
INTERNAL_INVOICE_SHIP_DETAIL

Table Description and function—This table contains shipment information for the shipment covered by the Internal Invoice. There is one record for each carton comprising the shipment covered by the Invoice. It is linked to the Internal_Invoice table.

| Column (field) Name | Comment |
|---|---|
| INTERNAL_INVOICE_ID SHIP_CARTON_ID | Together with invoice id, comprises unique record ID |
| TRACKER_NO | |

Table Name—
SUPPLIER_INVOICE_DETAIL

Table Description and function—this table carries the line item level detail for invoices uploaded from the linked supplier/distributor. Some line item level detail is used to update Order data to support quick order status inquiries and track back-ordered items.

| Column (field) Name | Description | Comment |
|---|---|---|
| INTERNAL_INVOICE_ID | Identifier for internal invoice no | |
| INTERNAL_INVOICE_LINE_NUMBER | Line number for internal invoice | Together with Internal Invoice identifier, forms unique key |
| SHIPPED_PRODUCT | Product shipped | |
| SHIP_QUANTITY | Quantity shipped | |
| UNIT_PRICE | Supplier's Unit price | |
| UNIT_TAX | Sales Tax (if any) | |
| EXTENDED_PRICE | Value = Ship_qty * Unit_Price | Product only subtotal |
| LINE_TAX_TOTAL | Value = Ship_Qty * Unit_Tax | |
| LINE_TOTAL_AMOUNT | EXTENDED_PRICE + Line_Tax_total | |

Table Name—
SUPPLIER_COST

Table Description and function—Stores prices to be paid to each Linked Supplier in the system. One record for each linked supplier and SKU. Permanent table. Activity logged in SUPPLIER_COST_MAINT_HISTORY table.

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|

Table Name—
SUPPLIER_COST_MAINT_HISTORY

Table Description and function—records changes made to SUPPLIER_COST records. One record for each field changed during an update of a given record.

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|

Table Name—
PRODUCT_MAINT_HISTORY

Table Description and function—records changes made to PRODUCTS table. One record for each field changed during an update of a given record.

| Column (field) Name | Description | Comment | Field Characteristics & Indexing |
|---|---|---|---|

Table Name—
PRODUCT_CLASS

Table Description and function—Identifies valid product classes; serves as a reference table.

| Column (field) Name | Description |
|---|---|
| PROD_CLASS_CODE | Code for product class description |
| DESCRIPTION | Text/descriptive name for product_class code |

Table Name—
PRODUCT_GROUP

Table Description and function—Identifies valid product groups; serves as a reference table.

US 6,996,538 B2

31

| Column (field) Name | Description |
| --- | --- |
| PRODUCT__GROUP__CODE | Code for product group description |
| DESCRIPTION | Text/descriptive name for Product Group Code. |

Table Name—
PRODUCT_LINE
Table Description and function—Identifies valid product lines; serves as a reference table.

| Column (field) Name | Description |
| --- | --- |
| PRODUCT_LINE_CODE | Code for product line description |
| DESCRIPION | Text/descriptive name for product line code |

Table Name—
CUSTOMER_INVENTORY_TRANSACTIONS
Table Description and function—transaction history table for activity altering data in Customer_Inventory table; one record for each change recorded; main use will be recording inventory activity, although transactions will be generated for changes to status, ROP, ROQ and Notes values, i.e., non-on-hand quantity values. Each transaction affects only one data field. Transaction code indicates what update/change activity was performed, and therefore which data field was updated.

| Column (field) Name | Description | Comment |
| --- | --- | --- |
| TRAN_NO | Unique identifier for each transaction; non significant | Functions like a check number. |
| TRAN_DATE | Date transaction processed | |
| TRAN_TIME | Time transaction processed | |
| TRAN_ID | Code identifying transaction | Values: TBD |
| PRODUCT | Product identifier of item affected | |
| QTY | | |
| CUSTOMER | Customer whose inventory data was updated/changed | |
| USER_ID | User performing transaction | |
| BEFORE_VALUE | Value of data field prior to update action. | |
| AFTER_VALUE | Value of data field after update action | |

Table Name—
CONTACT_LOG
Table Description and function—this table accepts transactions from the consultant request function, enters and tracks them for followup and management purposes.

| Column (field) Name | Description |
| --- | --- |
| SALES_CONSULTANT_ID | ID in Sales_Consultants table. |
| REQUEST_DATE | Date customer initiated request |
| REQUEST_TIME | Time customer initiated request |

Table Name—
CUSTOMER_USERS
Table Description and function—This table stores information about each user at a customer's site. There are two

32

classes of users, supervisor and staff. Only a user with supervisor rights can add new users. The web page "hardwires" who the customer is so customer users are kept associated with the correct customer.

| Colunm (field) Name | Description | Comment | Field Characteristics & Indexing |
| --- | --- | --- | --- |

Table Name—SALES_CONSULTANTS
Table Description and function—This table stores data about each Sales Consultant. It is essentialy a reference table.

| Column (field) Name | Description |
| --- | --- |
| SALES_CONSULTANT_ID | Unique identifier * record key |
| CONSULANT_SHORT_NAME | Short name, nickneame, initials to be used on screens, reports |
| CONSULTANT_FULL_FIRST_NAME | First name of consultant |
| CONSULTANT_LAST_NAME | Last name of consultant |

It should be obvious to one skilled in the art that the present invention allows inventory tracking and management through a combination of manual, semi-automated, and automated means. The present invention also allows a manager to purchase in bulk and take advantage of promotions and other special offerings, thus reducing inventory costs. In addition, the present invention reduces the amount of inventory which must be kept on-hand by accurately modeling and predicting inventory needs. The present invention further provides customers with the ability to review new equipment, communicate with each other, and buy and sell excess inventory, refurbished equipment, and the like.

While the preferred embodiment and various alternative embodiments of the present invention have been disclosed and described in detail herein, it may be apparent to those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope thereof, including applying the present invention to fields other than healthcare.

What is claimed is:

1. An inventory management system, comprising the following elements, operably connected:

(a) at least one computer having at least one storage medium;

(b) one or more databases residing on said at least one storage medium, in which at least the following data is stored:

(1) customer inventory information,

(2) inventory and cost information for a plurality of manufacturers, suppliers, or distributors

(3) inventory restocking parameters provided by said customer; and

(c) client software residing on said at least one storage medium providing an interface to said one or more database(s), wherein the client software identifies users and allows users to be classified into groups, and wherein permissions or roles are assigned to such groups, and wherein:

(i) said software evaluates said customer inventory information and inventory or cost information for a plurality of manufacturers, suppliers, or distributors

US 6,996,538 B2

33

in light of said restocking parameters provided by said customer,

(ii) said software automatically orders manufacturer, supplier, or distributor inventory which best fulfills said inventory restocking parameters provided by said customer in light of said evaluation,

(iii) said software tracks inventory items in said databases for (1) said customer and (2) said manufacturer, supplier, or distributor, as inventory items are added to, restocked to, or removed from said inventories,

wherein said tracking is executed by detecting an RFID tag associated with each said inventory item,

(iv) said software updates said data on said one or more databases through at least one software interface to said databases; and

(v) said software provides an interface through which said customer, manufacturer, supplier, or distributor can access the information in said one or more databases according to said assigned permissions or roles.

**2**. The inventory management system of claim **1**, wherein said client software additionally forecasts the inventory needs of said customer, manufacturer, supplier, or distributor based on inventory usage, or inventory availability trends, or both,

wherein said evaluation of customer inventory information and manufacturer, supplier, or distributor inventory and cost information is executed in light of said restocking parameters provided by said customer and said forecast inventory needs.

**3**. The inventory management system of claim **1**, wherein said client software monitors inventory levels and reports anticipated shortages.

**4**. The inventory management system of claim **1**, wherein said client software monitors inventory levels and generates orders to cover anticipated shortages.

**5**. The inventory management system of claim **1**, wherein said client software allows users to order new inventory items or to supplement inventory when desired.

**6**. The inventory management system of claim **1**, wherein said customer inventory information is collected and stored for multiple customer business sites or for multiple customers, and wherein inventory restocking parameters provided by said customer are collected and stored for each said customer.

**7**. The inventory management system of claim **1**, wherein said inventory and cost information is collected and stored for multiple manufacturers, suppliers, or distributors.

**8**. The inventory management system of claim **1**, wherein said step of updating takes place in real time.

**9**. The inventory management system of claim **1**, wherein said detecting of an RFID tag associated with each said inventory item is executed by one or more REID readers.

**10**. The inventory management system of claim **1**, wherein said REID tag is read by a hand held electronic device.

**11**. The inventory management system of claim **1**, wherein said RFID tag is read by an electronic portal device.

**12**. The inventory management system of claim **1**, wherein said client software permits registration and removal of individual users, and modification of user information.

**13**. The inventory management system of claim **1**, wherein said client software allows inventory items to be grouped, allows restrictions to be placed on distribution of such inventory items, permits recording of information

34

when an inventory item belonging to a group is dispensed, and allows printing of inventory item specific information for inclusion with each inventory item removed from inventory.

**14**. The inventory management system of claim **1**, wherein said client software allows users to specify a price for goods for sale within an inventory.

**15**. The inventory management system of claim **1**, wherein a user of the computer program is identified via an optical reader which can read specially coded information on a person.

**16**. The inventory management system of claim **1**, wherein a user of the computer program is identified via an electronic device for scanning wirelessly accessible identifiers associated with a person.

**17**. The inventory management system of claim **1**, wherein a user of the computer program is identified via a biometric identification device.

**18**. The inventory management system of claim **1**, wherein said client software provides an interface through which inventory item identity information can be entered in an automated manner.

**19**. A method for inventory management, comprising the steps of:

(a) collecting and storing, on one or more databases having client software, at least the following data:

(1) customer inventory information

(2) inventory and cost information for a plurality of manufacturers, suppliers, or distributors, and

(3) inventory restocking parameters provided by said customer;

(b) evaluating via at least one computer said customer inventory information and inventory or cost information for a plurality of manufacturers, suppliers, or distributors inventory or cost information for a plurality of users selected from the group consisting of customers, manufacturers, suppliers, and distributors in light of said restocking parameters provided by said customer;

(c) ordering manufacturer, supplier, or distributor inventory which best fulfills said inventory restocking parameters provided by said customer;

(d) tracking inventory items in said databases for (1) said customer and (2) said manufacturer, supplier, or distributor, as inventory items are added to, restocked to, or removed from said inventories,

wherein said tracking step is executed by detecting an RFID tag associated with each said inventory item;

(e) updating said data on said one or more databases, using information obtained in said inventory tracking step, through at least one software interface to said databases; and

(f) providing access via client software to information in said one or more databases to each said customer, manufacturer, supplier, or distributor,

wherein said client software allows one or more customers, manufacturers, suppliers, or distributors to be classified into groups, and where permissions or roles are assigned to such groups.

**20**. The method of claim **19**, comprising the additional step of forecasting the inventory needs of customers, manufacturers, suppliers, or distributors based on inventory usage or inventory availability trends,

wherein said step of evaluating said customer inventory information and said manufacturer, supplier, or dis-

US 6,996,538 B2

35

tributor inventory and cost information is executed in light of said restocking parameters provided by said customer and said forecast inventory needs.

**21**. The method of claim **19**, wherein said step of ordering is completed automatically based upon the evaluation of said customer inventory information and said manufacturer, supplier, or distributor inventory and cost information, in light of said restocking parameters provided by said customer.

**22**. The method of claim **19**, wherein said method comprises the additional step of forecasting inventory usage or inventory availability for each said customer, manufacturer, supplier, and distributor, based upon said customer, manufacturer, supplier, or distributor information.

**23**. The method of claim **19**, wherein said client software monitors inventory levels and reports anticipated shortages.

**24**. The method of claim **19**, wherein said client software monitors inventory levels and generates orders to cover anticipated shortages.

**25**. The method of claim **19**, wherein said client software allows users to order Previously presented inventory items or to supplement inventory when desired.

**26**. The method of claim **19**, wherein said customer inventory information is collected and stored for multiple customer business sites or for multiple customers, and wherein inventory restocking parameters provided by said customer are collected and stored for each said customer.

**27**. The method of claim **19**, wherein said inventory and cost information is collected and stored for multiple manufacturers, suppliers, or distributors.

**28**. The method of claim **19**, wherein said step of updating takes place in real time.

**29**. The method of claim **19**, wherein said RFID tag is read by a hand held electronic device.

**30**. The method of claim **19**, wherein said RFID tag is read by an electronic portal device.

**31**. The method of claim **19**, comprising the additional step of providing a software interface through which inventory item identity information can be entered in an automated manner.

**32**. A computer program product for managing customer inventory, comprising program instructions stored on at least one computer readable storage medium which when executed causes a computer to:

(a) access from one or more databases, at least the following stored data:

(1) customer inventory information,

(2) inventory and cost information for a plurality of manufacturers, suppliers, or distributors, and

(3) inventory restocking parameters provided by said customer;

(b) evaluate said customer inventory information and inventory or cost information for a plurality of manufacturers, suppliers, or distributors in light of said restocking parameters provided by said customer;

(c) order manufacturer, supplier, or distributor inventory which best fulfills said inventory restocking parameters provided by each said customer;

(d) track inventory items for (1) each customer and (2) each manufacturer, supplier, or distributor, as inventory items are added to, restocked to, or removed from inventory,

wherein said tracking step is executed by detecting an RFID tag associated with each said inventory item and by updating said databases through at least one software interface to said databases;

36

(e) update said data on said one or more databases; and

(f) provide access to the information in said one or more databases to said customer, manufacturer, supplier, or distributor,

wherein said computer program product allows customers, manufacturers, suppliers, or distributors to be classified into groups, and where permissions or roles are assigned to such groups.

**33**. The computer program product of claim **32**, further comprising program instructions for allowing the forecasting of inventory needs of said customer, manufacturer supplier, or distributor based on inventory usage or inventory availability trends,

wherein said evaluation of customer inventory information and manufacturer, supplier, or distributor inventory and cost information is executed in light of said restocking parameters provided by said customer and said forecast inventory needs.

**34**. The computer program product of claim **32**, further comprising program instructions for:

(1) monitoring inventory levels; and

(2) reporting anticipated shortages.

**35**. The computer program product of claim **32**, further comprising program instructions for:

(1) monitoring inventory levels; and

(2) generating orders to cover anticipated shortages.

**36**. The computer program product of claim **32**, further comprising program instructions for allowing users to order Previously presented inventory items or to supplement inventory when desired.

**37**. The computer program product of claim **32**, further comprising program instructions wherein said step of ordering is completed automatically based upon the evaluation of said customer inventory information and said manufacturer, supplier, or distributor inventory and cost information in light of said restocking parameters provided by said customer.

**38**. The computer program product of claim **32**, further comprising program instructions for allowing said step of updating to take place in real time.

**39**. The computer program product of claim **32**, further comprising program instructions for permitting access to the information in said one or more databases, according to said assigned roles or permissions, to a user of the computer program identified via an optical reader which can read specially coded information on a person.

**40**. The computer program product of claim **32**, further comprising program instructions for permitting access to the information in said one or more databases, according to said assigned roles or permissions, to a user of the computer program identified via an electronic device for scanning wirelessly accessible identifiers associated with a person.

**41**. The computer program product of claim **32**, further comprising program instructions for permitting access to the information in said one or more databases, according to said assigned roles or permissions, to a user of the computer program identified via a biometric identification device.

**42**. The computer program product of claim **32**, further comprising program instructions for enabling registration and removal of individual users of the computer program product and modification of user information.

**43**. The computer program product of claim **32**, further comprising program instructions for performing administrative functions.

US 6,996,538 B2

37

**44**. The computer program product of claim **32**, further comprising program instructions for:

(1) allowing inventory items to be grouped into classifications;

(2) allowing restrictions to be placed on distribution of such inventory items;

(3) permitting recording of information when individual inventory items or inventory items belonging to a particular group or set of groups are added to, restocked to, or removed from inventory; and

(4) allowing printing of inventory item specific or group specific labels or information to be included with each inventory item removed from inventory.

**45**. The computer program product of claim **32**, further comprising program instructions for allowing users to specify a price for goods for sale within an inventory.

**46**. The computer program product of claim **32**, further comprising program instructions for allowing detection of an RFID tag associated with each said inventory item to be executed by one or more RFID readers.

**47**. The computer program product of claim **32**, further comprising program instructions for allowing said RFID tag to be read by a hand held electronic device.

**48**. The computer program product of claim **32**, further comprising program instructions for allowing said RFID tag to be read by an electronic portal device.

**49**. The method of claim **19**, comprising the additional step of identifying specially coded information on an object or a person via an optical reader.

**50**. The method of claim **19**, comprising the additional step of identifying a wirelessly accessible identifier associated with an object or a person via an electronic device for scanning wirelessly accessible identifiers.

**51**. The method of claim **19**, comprising the additional step of identifying a user of the computer program via a biometric identification device.

**52**. An inventory management system, comprising the following elements, operably connected:

(a) at least one computer having at least one storage medium;

(b) one or more databases residing on said at least one storage medium, in which at least the following data is stored:

(1) customer inventory information,

(2) inventory and cost information for a plurality of manufacturers, suppliers, or distributors, and

(3) inventory restocking parameters provided by said customer; and

(c) client software residing on said at least one storage medium providing an interface to said one or more database(s), wherein the client software identifies users and allows users to be classified into groups, and wherein permissions or roles are assigned to such groups, and wherein:

(i) said software evaluates said customer inventory information and inventory or cost information for a plurality of manufacturers, suppliers, or distributors in light of said restocking parameters provided by said customer,

(ii) said software automatically orders manufacturer, supplier, or distributor inventory which best fulfills said inventory restocking parameters provided by said customer in light of said evaluation,

(iii) said software tracks inventory items in said databases for (1) said customer and (2) said

38

manufacturer, supplier, or distributor, as inventory items are added to, restocked to, or removed from said inventories,

(iv) said software updates said data on said one or more databases through at least one software interface to said databases; and

(v) said software provides an interface through which said customer, manufacturer, supplier, or distributor can access the information in said one or more databases according to said assigned permissions or roles.

**53**. The inventory management system of claim **52**, wherein said client software additionally forecasts the inventory needs of said customer, manufacturer, supplier, or distributor based on inventory usage, or inventory availability trends, or both,

wherein said evaluation of customer inventory information and manufacturer, supplier, or distributor inventory and cost information is executed in light of said restocking parameters provided by said customer and said forecast inventory needs.

**54**. The inventory management system of claim **52**, wherein said client software monitors inventory levels and reports anticipated shortages.

**55**. The inventory management system of claim **52**, wherein said client software monitors inventory levels and generates orders to cover anticipated shortages.

**56**. The inventory management system of claim **52**, wherein said client software allows users to order new inventory items or to supplement inventory when desired.

**57**. The inventory management system of claim **52**, wherein said customer inventory information is collected and stored for multiple customer business sites or for multiple customers, and wherein inventory restocking parameters provided by said customer are collected and stored for each said customer.

**58**. The inventory management system of claim **52**, wherein said inventory and cost information is collected and stored for multiple manufacturers, suppliers, or distributors.

**59**. The inventory management system of claim **52**, wherein said step of updating takes place in real time.

**60**. The inventory management system of claim **52**, wherein said client software permits registration and removal of individual users, and modification of user information.

**61**. The inventory management system of claim **52**, wherein said client software allows inventory items to be grouped, allows restrictions to be placed on distribution of such inventory items, permits recording of information when an inventory item belonging to a group is dispensed, and allows printing of inventory item specific information for inclusion with each inventory item removed from inventory.

**62**. The inventory management system of claim **52**, wherein said client software allows users to specify a price for goods for sale within an inventory.

**63**. The inventory management system of claim **52**, wherein specially coded information on an object or a person is identified via an optical reader.

**64**. The inventory management system of claim **52**, wherein a wirelessly accessible identifier associated with an object or a person is identified via an electronic device for scanning wirelessly accessible identifiers.

**65**. The inventory management system of claim **52**, wherein a user of the computer program is identified via a biometric identification device.

**66**. The inventory management system of claim **52**, wherein said client software provides an interface through

US 6,996,538 B2

39

which inventory item identity information can be entered in an automated manner.

**67**. A method for inventory management, comprising the steps of:

(a) collecting and storing, on one or more databases having client software, at least the following data:

(1) customer inventory information,

(2) inventory and cost information for a plurality of manufacturers, suppliers, or distributors, and

(3) inventory restocking parameters provided by said customer;

(b) evaluating via at least one computer said customer inventory information and inventory or cost information for a plurality of manufacturers, suppliers, or distributors in light of said restocking parameters provided by said customer;

(c) ordering manufacturer, supplier, or distributor inventory which best fulfills said inventory restocking parameters provided by said customer;

(d) tracking inventory items in said databases for (1) said customer and (2) said manufacturer, supplier, or distributor, as inventory items are added to, restocked to, or removed from said inventories;

(e) updating said data on said one or more databases, using information obtained in said inventory tracking step, through at least one software interface to said databases; and

(f) providing access via client software to information in said one or more databases to each said customer, manufacturer, supplier, or distributor,

wherein said client software allows one or more customers, manufacturers, suppliers, or distributors to be classified into groups, and where permissions or roles are assigned to such groups.

**68**. The method of claim **67**, comprising the additional step of forecasting the inventory needs of customers, manufacturers, suppliers, or distributors based on inventory usage or inventory availability trends,

wherein said step of evaluating said customer inventory information and said manufacturer, supplier, or distributor inventory and cost information is executed in light of said restocking parameters provided by said customer and said forecast inventory needs.

**69**. The method of claim **67**, wherein said step of ordering is completed automatically based upon the evaluation of said customer inventory information and said manufacturer, supplier, or distributor inventory and cost information, in light of said restocking parameters provided by said customer.

**70**. The method of claim **67**, wherein said method comprises the additional step of forecasting inventory usage or inventory availability for each said customer, manufacturer, supplier, and distributor, based upon said customer, manufacturer, supplier, or distributor information.

**71**. The method of claim **67**, wherein said client software monitors inventory levels and reports anticipated shortages.

**72**. The method of claim **67**, wherein said client software monitors inventory levels and generates orders to cover anticipated shortages.

**73**. The method of claim **67**, wherein said client software allows users to order new inventory items or to supplement inventory when desired.

**74**. The method of claim **67**, wherein said customer inventory information is collected and stored for multiple customer business sites or for multiple customers, and

40

wherein inventory restocking parameters provided by said customer are collected and stored for each said customer.

**75**. The method of claim **67**, wherein said inventory and cost information is collected and stored for multiple manufacturers, suppliers, or distributors.

**76**. The method of claim **67**, wherein said step updating takes place in real time.

**77**. The method of claim **67**, comprising the additional step of providing a software interface through which inventory item identity information can be entered in an automated manner.

**78**. The method of claim **67**, comprising the additional step of identifying specially coded information on an object or a person via an optical reader.

**79**. The method of claim **67**, comprising the additional step of identifying a wirelessly accessible identifier associated with an object or a person via an electronic device for scanning wirelessly accessible identifiers.

**80**. The method of claim **67**, comprising the additional step of identifying a user of the computer program via a biometric identification device.

**81**. A computer program product for managing customer inventory, comprising program instructions stored on at lest one computer readable storage medium which when executed cause a computer to:

(a) access, from one or more databases, at least the following stored data:

(1) customer inventory information,

(2) inventory and cost information for a plurality of manufacturers, suppliers, or distributors, and

(3) inventory restocking parameters provided by said customer;

(b) evaluate said customer inventory information and inventory or cost information for a plurality of manufacturers, suppliers, or distributors in light of said restocking parameters provided by said customer;

(c) order manufacturer, supplier, or distributor inventory which best fulfills said inventory restocking parameters provided by each said customer;

(d) track inventory items for (1) each customer and (2) each manufacturer, supplier, or distributor, as inventory items are added to, restocked to, or removed from inventory,

wherein said tracking step is executed by detecting each said inventory item and by updating said databases through at least one software interface to said databases;

(e) update said data on said one or more databases; and

(f) provide access to the information in said one or more databases to said customer, manufacturer, supplier, or distributor,

wherein said computer program product allows customers, manufacturers, suppliers, or distributors to be classified into groups, and where permissions or roles are assigned to such groups.

**82**. The computer program product of claim **81**, further comprising program instructions for allowing the forecasting of inventory needs of said customer, manufacturer, supplier, or distributor based on inventory usage or inventory availability trends,

wherein said evaluation of customer inventory information and manufacturer, supplier, or distributor inventory and cost information is executed in light of said restocking parameters provided by said customer and said forecast inventory needs.

US 6,996,538 B2

41

**83**. The computer program product of claim **81**, further comprising program instructions for:

(1) monitoring inventory levels; and

(2) reporting anticipated shortages.

**84**. The computer program product of claim **81**, further comprising program instructions for:

(1) monitoring inventory levels; and

(2) generating orders to cover anticipated shortages.

**85**. The computer program product of claim **81**, further comprising program instructions for allowing users to order new inventory items or to supplement inventory when desired.

**86**. The computer program product of claim **81**, further comprising program instructions wherein said step of ordering is completed automatically based upon the evaluation of said customer inventory information and said manufacturer, supplier, or distributor inventory and cost information in light of said restocking parameters provided by said customer.

**87**. The computer program product of claim **81**, further comprising program instructions for allowing said step of updating to take place in real time.

**88**. The computer program product of claim **81**, further comprising program instructions for identifying specially coded information on an object or a person via an optical reader.

**89**. The computer program product of claim **81**, further comprising program instructions for identifying a wirelessly accessible identifier associated with an object or a person, via an electronic device for scanning wirelessly accessible identifiers.

**90**. The computer program product of claim **81**, further comprising program instructions for identifying a user of the computer program via a biometric identification device.

**91**. The computer program product of claim **81**, further comprising program instructions for permitting access to the

42

information in said one or more databases, according to said assigned roles or permissions, to a user of the computer program identified via an electronic device for scanning wirelessly accessible identifiers associated with a person.

**92**. The computer program product of claim **81**, further comprising program instructions for permitting access to the information in said one or more databases, according to said assigned roles or permissions, to a user of the computer program identified via a biometric identification device.

**93**. The computer program product of claim **81**, further comprising program instructions for enabling registration and removal of individual users of the computer program product and modification of user information.

**94**. The computer program product of claim **81**, further comprising program instructions for performing administrative functions.

**95**. The computer program product of claim **81**, further comprising program instructions for:

(1) allowing inventory items to be grouped into classifications;

(2) allowing restrictions to be placed on distribution of such inventory items;

(3) permitting recording of information when individual inventory items or inventory items belonging to a particular group or set of groups are added to, restocked to, or removed from inventory; and

(4) allowing printing of inventory item specific or group specific labels or information to be included with each inventory item removed from inventory.

**96**. The computer program product of claim **81**, further comprising program instructions for allowing users to specify a price for goods for sale within an inventory.

\*   \*   \*   \*   \*

US006996538C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (10416th)
# United States Patent
Lucas

(10) **Number:**         **US 6,996,538 C1**
(45) **Certificate Issued:**         **Nov. 24, 2014**

(54) **INVENTORY CONTROL SYSTEM AND METHODS**

(75) Inventor:   **Michael T. Lucas**, Calabasas, CA (US)

(73) Assignee:   **Unisone Strategic IP, Inc.**, New Castle, DE (US)

**Reexamination Request:**
  No. 90/013,050, Nov. 4, 2013

**Reexamination Certificate for:**
  Patent No.:   **6,996,538**
  Issued:       **Feb. 7, 2006**
  Appl. No.:    **09/799,879**
  Filed:        **Mar. 7, 2001**

**Related U.S. Application Data**

(60) Provisional application No. 60/187,389, filed on Mar. 7, 2000.

(51) **Int. Cl.**
  *G06Q 10/00*          (2012.01)
(52) **U.S. Cl.**
  USPC  .......................................... **705/28**; 705/26.41

(58) **Field of Classification Search**
  None
  See application file for complete search history.

(56)                **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/013,050, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Michael J. Yigdall

(57)                **ABSTRACT**

A system and method which allows third-parties to monitor company inventory via the Internet and World Wide Web ("web") and automatically order needed items. The present invention also provides a forum through which resellers and customers may directly interact to resell surplus and used equipment. The present invention may also allow a third party to act as a broker, thereby assuring that both the equipment purchased is actually delivered, and that the seller is properly compensated.



Server 100

Internet 110

Manufacturer, Supplier, or Distributor 120

Customer Inventory System 130

US 6,996,538 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims **1**, **9**, **10**, **19**, **32**, **52**, **67** and **81** are determined to be patentable as amended.

Claims **2-8**, **11-18**, **20-31**, **33-51**, **53-66**, **68-80** and **82-96**, dependent on an amended claim, are determined to be patentable.

**1**. An inventory management system, comprising the following elements, operably connected:

(a) at least one computer having at least one storage medium;

(b) one or more databases residing on said at least one storage medium, in which at least the following data is stored:

(1) customer inventory information, *the customer inventory information including a number of items at a customer,*

(2) inventory and cost information for a plurality of manufacturers, suppliers, or distributors, *the inventory information for the plurality of manufacturers, suppliers, or distributors including: a product identifier and a number of items in manufacturer, supplier or distributor inventory,*

(3) inventory restocking parameters provided by said customer; and

(c) client software residing on said at least one storage medium providing an interface to said one or more database(s), wherein the client software identifies users and allows users to be classified into groups, and wherein permissions or roles are assigned to such groups, and wherein:

(i) said software evaluates said customer inventory information and [iventory] *inventory* or cost information for a plurality of manufacturers, suppliers, or distributors in light of said restocking parameters provided by said customer,

(ii) said software automatically orders manufacturer, supplier, or distributor inventory which best fulfills said inventory restocking parameters provided by said customer in light of said evaluation,

(iii) said software tracks inventory items in said databases for (1) *the number of items at* said customer and (2) *the number of items at* said manufacturer, supplier, or distributor, as inventory items are added to, restocked to, or removed from said inventories, wherein said tracking is executed by detecting an RFID tag associated with each said inventory item,

(iv) said software updates said data on said one or more databases through at least one software interface to said databases; and

(v) said software provides an interface through which said customer, manufacturer, supplier, or distributor

**2**

can access the information in said one or more databases according to said assigned permissions or roles.

**9**. The inventory management system of claim **1**, wherein said detecting of an RFID tag associated with each said inventory item is executed by one or more [REID] *RFID* readers.

**10**. The inventory management system of claim **1**, wherein said [REID] *RFID* tag is read by a hand held electronic device.

**19**. A method for inventory management, comprising [the steps of]:

(a) collecting and storing, on one or more databases having client software, at least the following data:

(1) customer inventory information, *the customer inventory information including a number of items at a customer,*

(2) inventory and cost information for a plurality of manufacturers, suppliers, or distributors, *the inventory information for a plurality of manufacturers, suppliers, or distributors including: a product identifier and a number of items in manufacturer, supplier, or distributor inventory,* and

(3) inventory restocking parameters provided by said customer;

(b) evaluating via at least one computer said customer inventory information and inventory or cost information for a plurality of manufacturers, suppliers, or distributors inventory or cost information for a plurality of users selected from the group consisting of customers, manufacturers, suppliers, and distributors in light of said restocking parameters provided by said customer;

(c) ordering manufacturer, supplier, or distributor inventory which best fulfills said inventory restocking parameters provided by said customer;

(d) tracking inventory items in said databases for (1) *the number of items at* said customer and (2) *the number of items at* said manufacturer, supplier, or distributor, as inventory items are added to, restocked to, or removed from said inventories,

wherein said tracking [step] is executed by detecting an RFID tag associated with each said inventory item;

(e) updating said data on said one or more databases, using information obtained in said inventory tracking [step], through at least one software interface to said databases; and

(f) providing access via client software to information in said one or more databases to each said customer, manufacturer, supplier, or distributor,

wherein said client software allows one or more customers, manufacturers, suppliers, or distributors to be classified into groups, and where permissions or roles are assigned to such groups.

**32**. A computer program product for managing customer inventory, comprising program instructions stored on at least one computer readable storage medium which when executed causes a computer to:

(a) access from one or more databases, at least the following stored data:

(1) customer inventory information, *the customer inventory information including a number of items at a customer,*

(2) inventory and cost information for a plurality of manufacturers, suppliers, or distributors, *the inventory information for the plurality of manufacturers, suppliers, or distributors including: a product identifier and a number of items in manufacturer, supplier or distributor inventory,* and

US 6,996,538 C1

**3**

(3) inventory restocking parameters provided by said customer;

(b) evaluate said customer inventory information and inventory or cost information for a plurality of manufacturers, suppliers, or distributors in light of said restocking parameters provided by said customer;

(c) order manufacturer, supplier, or distributor inventory which best fulfills said inventory restocking parameters provided by each said customer;

(d) track inventory items for (1) *the number of items at* each customer and (2) *the number of items at* each manufacturer, supplier, or distributor, as inventory items are added to, restocked to, or removed from inventory,

wherein said tracking [step] is executed by detecting an RFID tag associated with each said inventory item and by updating said databases through at least one software interface to said databases;

(e) update said data on said one or more databases; and

(f) provide access to the information in said one or more databases to said customer, manufacturer, supplier, or distributor,

wherein said computer program product allows customers, manufacturers, suppliers, or distributors to be classified into groups, and where permissions or roles are assigned to such groups.

**52.** An inventory management system, comprising the following elements, operably connected:

(a) at least one computer having at least one storage medium;

(b) one or more databases residing on said at least one storage medium, in which at least the following data is stored:

(1) customer inventory information, *the customer inventory information including a number of items at a customer,*

(2) inventory and cost information for a plurality of manufacturers, suppliers, or distributors, *the inventory information for the plurality of manufacturers, suppliers, or distributors including: a product identifier and a number of items in manufacturer, supplier or distributor inventory*, and

(3) inventory restocking parameters provided by said customer; and

(c) client software residing on said at least one storage medium providing an interface to said one or more database(s), wherein the client software identifies users and allows users to be classified into groups, and wherein permissions or roles are assigned to such groups, and wherein:

(i) said software evaluates said customer inventory information and inventory or cost information for a plurality of manufacturers, suppliers, or distributors in light of said restocking parameters provided by said customer,

(ii) said software automatically orders manufacturer, supplier, or distributor inventory which best fulfills said inventory restocking parameters provided by said customer in light of said evaluation,

(iii) said software tracks inventory items in said databases for (1) *the number of items at* said customer and (2) *the number of items at* said manufacturer, supplier, or distributor, as inventory items are added to, restocked to, or removed from said inventories,

(iv) said software updates said data on said one or more databases through at least one software interface to said databases; and

**4**

(v) said software provides an interface through which said customer, manufacturer, supplier, or distributor can access the information in said one or more databases according to said assigned permissions or roles.

**67.** A method for inventory management, comprising [the steps of]:

(a) collecting and storing, on one or more databases having client software, at least the following data:

(1) customer inventory information, *the customer inventory information including a number of items at a customer,*

(2) inventory and cost information for a plurality of manufacturers, suppliers, or distributors, *the inventory information for the plurality of manufacturers, suppliers, or distributors including: a product identifier and a number of items in manufacturer, supplier or distributor inventory,* and

(3) inventory restocking parameters provided by said customer;

(b) evaluating via at least one computer said customer inventory information and inventory or cost information for a plurality of manufacturers, suppliers, or distributors in light of said restocking parameters provided by said customer;

(c) ordering manufacturer, supplier, or distributor inventory which best fulfills said inventory restocking parameters provided by said customer;

(d) tracking inventory items in said databases for (1) *the number of items at* said customer and (2) *the number of items at* said manufacturer, supplier, or distributor, as inventory items are added to, restocked to, or removed from said inventories;

(e) updating said data on said one or more databases, using information obtained in said inventory tracking [step], through at least one software interface to said databases; and

(f) providing access via client software to information in said one or more databases to each said customer, manufacturer, supplier, or distributor,

wherein said client software allows one or more customers, manufacturers, suppliers, or distributors to be classified into groups, and where permissions or roles are assigned to such groups.

**81.** A computer program product for managing customer inventory, comprising program instructions stored on at [lest] *least* one computer readable storage medium which when executed cause a computer to:

(a) access, from one or more databases, at least the following stored data:

(1) customer inventory information, *the customer inventory information including a number of items at a customer,*

(2) inventory and cost information for a plurality of manufacturers, suppliers, or distributors, *the inventory information for the plurality of manufacturers, suppliers, or distributors including: a product identifier and a number of items in manufacturer, supplier or distributor inventory,* and

(3) inventory restocking parameters provided by said customer;

(b) evaluate said customer inventory information and inventory or cost information for a plurality of manufacturers, suppliers, or distributors in light of said restocking parameters provided by said customer;

(c) order manufacturer, supplier, or distributor inventory which best fulfills said inventory restocking parameters provided by each said customer;

US 6,996,538 C1

**5**

(d) track inventory items for (1) *the number of items at* each customer and (2) *the number of items at* each manufacturer, supplier, or distributor, as inventory items are added to, restocked to, or removed from inventory,

wherein said tracking **[**step**]** is executed by detecting each said inventory item and by updating said databases through at least one software interface to said databases;

(e) update said data on said one or more databases; and

(f) provide access to the information in said one or more databases to said customer, manufacturer, supplier, or distributor,

wherein said computer program product allows customers, manufacturers, suppliers, or distributors to be classified into groups, and where permissions or roles are assigned to such groups.

\* \* \* \* \*

**6**

(12) **POST-GRANT REVIEW CERTIFICATE** (135th)

# United States Patent
## Lucas

(10) **Number:**    **US 6,996,538 J1**

(45) **Certificate Issued:**    **Jun. 20, 2019**

---

(54) **INVENTORY CONTROL SYSTEM AND METHODS**

(75) Inventor:  **Michael T. Lucas**

(73) Assignee:  **UNISONE STRATEGIC IP, INC.**

**Trial Numbers:**

    CBM2015-00037 filed Dec. 5, 2014
    CBM2016-00025 filed Dec. 30, 2015

**Post-Grant Review Certificate for:**

    Patent No.:  **6,996,538**
    Issued:    **Feb. 7, 2006**
    Appl. No.:  **09/799,879**
    Filed:    **Mar. 7, 2001**

The results of CBM2015-00037 and CBM2016-00025 are reflected in this post-grant review certificate under 35 U.S.C. 328(b).

**POST-GRANT REVIEW CERTIFICATE**
**U.S. Patent 6,996,538 J1**
**Trial No. CBM2015-00037**
**Certificate Issued Jun. 20, 2019**

**1**      **2**

AS A RESULT OF THE POST-GRANT REVIEW PROCEEDING, IT HAS BEEN DETERMINED THAT:

Claims **1**, **14**, **19**, **22-28**, **32**, **34-36**, **45**, **52**, **62**, **67**, **70-76**, **81**, **83-85** and **96** are cancelled.

\*    \*    \*    \*    \*
